Munsch Hardt Kopf & Harr, P.C.
File No. 004856.00009
Invoice No. 10223720
Matter Description: PROVIDENT - DENNIS ROOSSIEN, TRUSTEE

Page 2 of 7
September 4, 2009



## FEE DETAIL

| Date | Init | Description | Hours | Amount |
|---|---|---|---|---|
| 7/6/09 | DLR | Confer with Mr. Lippman and Mr. Wielebinski regarding appointment order and bankruptcy implications (.8); site visit to Provident Royalties offices, address evidence preservation, conduct preliminary witness interviews (5.6); meeting with Patton Boggs to discuss receivership and bankruptcy case (2.5). | 8.90 | 3026.00 |
| 7/7/09 | DLR | Meeting with Mr. Harr and Mr. Wielebinski to establish immediate assignments (.5); monitor and direct efforts of team members (3); meeting with Raymond James and evaluation of proposals (3); meeting with counsel for Defendant Melbye (2.5). | 9.00 | 3060.00 |
| 7/8/09 | DLR | Analysis of sale proposal and manage ongoing efforts (2); brief Mr. Nastri regarding oil & gas issues (.6); address banking issues (.4); meeting with Mr. Phelps regarding going concern matters and investor communications (1); attend formation meeting at US Trustee's office (1.5); work with Mr. Wielebinski further relative to bankruptcy issues (.7); direct Ms. Martin and Mr. McGee regarding investor communications (.5); work with Mr. Lippman and Mr. Wielebinski regarding Sinclair negotiations (1). | 7.70 | 2618.00 |
| 7/9/09 | DLR | Confer with Mr. Harr regarding mutual update, management of team on various issues and go-forward strategy (.5); meeting with Mr. Wielebinski and Mr. Lippman regarding unsecured creditors issues and Sinclair (1); meeting with Sinclair representative (2.5); determine strategy to be pursued relative to unsecured creditors and direct implementation of same (.6); evaluation of possible examiner (.6); address multiple third-party inquiries (.5); meeting with Mr. Segner regarding sources and uses findings, evidence preservation, investigative status, and administrative expense analysis (1); confer with counsel for individuals regarding status and proposed course of action | 8.20 | 2788.00 |

Case 09-33886-hdh11 Doc 392-2 Filed 11/03/09 Entered 11/03/09 17:44:19 Desc
Exhibit B-1 Page 2 of 10

Munsch Hardt Kopf & Harr, P.C.
File No. 004856.00009
Invoice No. 10223720
Matter Description: PROVIDENT - DENNIS ROOSSIEN, TRUSTEE
Page 3 of 7
September 4, 2009

| Date | Init | Description | Hours | Amount |
|---|---|---|---|---|
| | | (.3); confer with Mr. Phelps regarding various operational issues and direct same (.4); conference with representative of investor group (.3.); brief Mr. Noschese regarding case and direct same relative to analysis of potential third-party claim (.5). | | |
| 7/10/09 | DLR | Telephone conference with SEC bankruptcy counsel regarding bankruptcy issues (1); confer with team members and direct same regarding ongoing tasks and coordinate activities (1); meeting with Mr. Phelps and with Provident employees regarding operational direction for upcoming month (1.5); confer and direct technical staff relative to electronic evidence preservation and recovery (.6). | 4.10 | 1394.00 |
| 7/13/09 | DLR | Update Mr. Harr regarding Sinclair developments and coordinate efforts of same (.5); confer with bankruptcy counsel regarding issues related to unsecured creditors committee (.5); confer with Mr. Phelps regarding various operational issues and direct same (.5); confer with possible ad hoc investor committee representative regarding investor issues (.5); address investor inquiries (.7); work with Mr. Wielebinski and SEC regarding inquiry from ad hoc investor committee and motion filed by unsecured creditors committee (.7). | 3.40 | 1156.00 |
| 7/14/09 | DLR | Meeting with Mr. Phelps regarding operational issues (1); meeting with Mr. Nastri regarding results of gas asset investigation (1.2); meeting with Mr. Bendur regarding forensic results (1.5); meeting with Sinclair regarding interview and potential go-forward plan (2.5); meeting with Mr. Wielebinski regarding bankruptcy issues (.3); confer with SEC regarding same (.5); confer with and direct team members (1); address various third-party inquiries (.6). | 8.60 | 2924.00 |
| 7/15/09 | DLR | Preparation for and attend meeting with unsecured creditors committee and ad hoc investor representative (3.5); review and consider recommendations relative to cash flow | 8.00 | 2720.00 |

Munsch Hardt Kopf & Harr, P.C.
File No. 004856.00009
Invoice No. 10223720
Matter Description: PROVIDENT - DENNIS ROOSSIEN, TRUSTEE

Page 4 of 7
September 4, 2009

| Date | Init | Description | Hours | Amount |
|---|---|---|---|---|
| | | proposals (.6); preparation for and attend bankruptcy court status conference (2); meeting with Mr. Segner regarding analysis of proposed cash flows (1); conference with team regarding open issues and action to be taken on variety of fronts (.5); respond to request from US Trustee for information regarding investors (.4). | | |
| 7/16/09 | DLR | Confer with Mr. Segner regarding operational issues (.5); preparation for and attend status conference in bankruptcy court (1.6); meeting with US Trustee regarding various issues (.5); address various operational issues; conduct more detailed review of cash management position and address various means of managing costs (.6); general strategy conferences with team members to prepare consolidated task list and direct team consistent with discussion (2); coordinate with counsel regarding handling hearing (.4); review and revise affidavit etc. necessary for Ch. 11 Trustee appointment (.5); work with Mr. Segner's office regarding same and bond (.6). | 6.70 | 2278.00 |
| 7/17/09 | DLR | Attention to completing and forwarding documents needed by US Trustee's office (.4); preparation for and attend status conference (1.2); conferences with various parties following hearing (.4); address bank freeze issues (.4); direct bankruptcy counsel regarding working with unsecured creditors' committee and Raymond James (.5); negotiations with Mr. Melbye's counsel regarding potential settlement of asset claims and insurance issues (.6); compile task list based upon recommendations of various team members (.4). | 3.90 | 1326.00 |
| 7/20/09 | DLR | Manage team members relative to various efforts (1.4); brief Mr. Harr regarding all open matters and transition open tasks to his management (.4). | 1.80 | 612.00 |
| 7/21/09 | DLR | Receive updates regarding various ongoing efforts; direct efforts of various team members. | 2.10 | 714.00 |
| 7/22/09 | DLR | Review updates and direct team regarding | 3.10 | 1054.00 |

Munsch Hardt Kopf & Harr, P.C.
File No. 004856.00009
Invoice No. 10223720
Matter Description: PROVIDENT - DENNIS ROOSSIEN, TRUSTEE

Page 5 of 7
September 4, 2009

| Date | Init | Description | Hours | Amount |
|---|---|---|---|---|
| | | ongoing activities; review notes accumulated in past two weeks to ensure follow-up on all matters. | | |
| 7/23/09 | DLR | Receive updates from team members on all fronts, respond and direct action as necessary. | 1.80 | 612.00 |
| 7/24/09 | DLR | Monitor and direct efforts of team members. | 1.40 | 476.00 |
| 7/27/09 | DLR | Prepare memoranda to file regarding witness interviews to date (2.5); review various bankruptcy pleadings relative to omnibus hearing on 7/28 and confer with bankruptcy counsel regarding agreements reached relative to matters set for hearing and preparation for same (1.6); receive updates from various team members regarding ongoing efforts and direct same (1). | 5.10 | 1734.00 |
| 7/28/09 | DLR | Meeting with Mr. Phelps regarding handling of various operational issues, coordination of efforts, and overall case plan (.8); work with Mr. McGee regarding various outstanding matters (.2); meeting with Ms. Quionnes regarding bond and bank account issues and execute originals of various documents (.5). | 1.50 | 510.00 |
| 7/28/09 | DLR | Preparation for and attend omnibus hearing (8). | 8.00 | 2720.00 |
| 7/28/09 | DLR | Attend formation meeting of equity committee. | 1.00 | 340.00 |
| 7/29/09 | DLR | Receive updates and direct various ongoing efforts. | 0.50 | 170.00 |
| 7/30/09 | DLR | Monitor and direct team efforts on various points. | 0.40 | 136.00 |
| 7/31/09 | DLR | Monitor and direct team efforts on various points. | 0.40 | 136.00 |

Total Hours: ......................................... 95.60

Total Fees: ........................................... $32,504.00

**TIMEKEEPER SUMMARY**

Munsch Hardt Kopf & Harr, P.C.
File No. 004856.00009
Invoice No. 10223720
Matter Description: PROVIDENT - DENNIS ROOSSIEN, TRUSTEE

Page 6 of 7
September 4, 2009

| Title | Timekeeper Name | Init | Rate | Hours | Total |
|---|---|---|---|---|---|
| Shareholder | Roossien, Dennis | DLR | 340.00 | 95.60 | $32,504.00 |
|  |  |  | Total | 95.60 | $32,504.00 |

Munsch Hardt Kopf & Harr, P.C.
File No. 004856.00009
Invoice No. 10223829
Matter Description: PROVIDENT - DENNIS ROOSSIEN, TRUSTEE

Page 2 of 9
September 16, 2009

## FEE DETAIL

| Date | Init | Description | Hours | Amount |
|---|---|---|---|---|
| 8/4/09 | DLR | Address demand by investors committee for large fee allocation and interview investor committee counsel regarding same; follow-up conference with counsel regarding handling of issue. | 2.00 | 680.00 |
| 8/4/09 | DLR | Review updates from team members and consideration of various issues raised (.8); telephone conference with counsel regarding same (1). | 1.80 | 612.00 |
| 8/5/09 | DLR | Review results of due diligence relative to equity committee's proposed professionals (.2); further evaluation of potential for agreement with equity committee on proposed fee and expense parameters (.5); confer with Mr. Speer regarding handling of tax issue (.5); meeting with counsel regarding evaluation of claims against various parties based upon investigations conducted to date and resolve course of action to be taken in light of same (2); meeting with Mr. Phelps regarding various issues and appropriate handling of same (2). | 5.20 | 1768.00 |
| 8/6/09 | DLR | Continue evaluation of potential claims and appropriate handling of same and confer with Mr. Noschese regarding same (.5); preparation for and attend hearing regarding cash collateral order (4.5); confer with Mr. McGee regarding handling of various matters (.4). | 5.40 | 1836.00 |
| 8/7/09 | DLR | Confer with Mr. McGee regarding issues relative to potential claims. | 0.90 | 306.00 |
| 8/7/09 | DLR | Confer with counsel regarding schedules and coordinate with Mr. Phelps et al. relative to same (1); efforts to confirm that various investor-referred potential buyers are being included in Raymond James marketing efforts (.3). | 1.30 | 442.00 |
| 8/8/09 | DLR | Review updates from team members and respond to requests for direction. | 1.80 | 612.00 |

Case 09-33886-hdh11 Doc 392-2 Filed 11/03/09 Entered 11/03/09 17:44:19 Desc
Exhibit B-1 Page 7 of 10

Munsch Hardt Kopf & Harr, P.C.
File No. 004856.00009
Invoice No. 10223829
Matter Description: PROVIDENT - DENNIS ROOSSIEN, TRUSTEE

Page 3 of 9
September 16, 2009

| Date | Init | Description | Hours | Amount |
|---|---|---|---|---|
| 8/10/09 | DLR | Review and comment upon proposed schedules (2.9); confer with Mr. Lippman regarding Sinclair sale issues (1). | 3.90 | 1326.00 |
| 8/11/09 | DLR | Review updates relative to various issues (.3); assist preparation of LSSM employment application (.4); confer with Mr. Segner regarding most recent forensic results (1); attention to farmout agreement (.3); confer with Mr. Phelps regarding various issues (1); evaluation of objections to Sinclair transaction (.4). | 3.40 | 1156.00 |
| 8/12/09 | DLR | Review updates regarding handling of issues (.5); continue to evaluate potential objections and confer further with Mr. Lippman regarding same (.6); respond to broker inquiry (.6); review draft operations reports and confer with Mr. Lippman regarding same (.4); confer with Mr. Noschese regarding potential insider claims and direct action (1); review UCC report regarding Sinclair transaction (1.2). | 4.40 | 1496.00 |
| 8/12/09 | DLR | Confer with counsel regarding D&O claims. | 0.60 | 204.00 |
| 8/13/09 | DLR | Meeting with Mr. Bendur and Mr. Segner regarding results of forensic work to date and assignments going forward (1.8); confer with Bridge personnel regarding results of analysis relative to investor funding of Sinclair JV (1); conference with counsel and UCC counsel regarding issues raised relative to Sinclair transaction and possible avenues for resolution of same and confer with Sinclair, UCC, and IC relative to same (2); interview Mr. Melbye regarding various issues and background facts relative to Sinclair transaction (3); discussion with counsel as to potential means of resolving D&O claims (1). | 8.80 | 2992.00 |
| 8/14/09 | DLR | Consider production request and respond to counsel regarding same (.4); confer with Mr. Lippman regarding potential means of resolving issues raised by committees relative to Sinclair matter (.4); confer with Raymond James regarding Sinclair assets and potential means of | 7.00 | 2380.00 |

Munsch Hardt Kopf & Harr, P.C.
File No. 004856.00009
Invoice No. 10223829
Matter Description: PROVIDENT - DENNIS ROOSSIEN, TRUSTEE
Page 4 of 9
September 16, 2009

| Date | Init | Description | Hours | Amount |
|---|---|---|---|---|
| | | resolving issues raised and regarding moving forward on other sale transaction (.5); confer further with Bridge regarding financial information relative to potential claims raised by UCC and IC (.4); direct efforts of Mr. Lippman relative to communications to attempt to resolve issues raised by committees (.5); coordinate with Mr. Wielebinski regarding documentation of Ivey transaction (.3); review prior marketing material (.5); review various objections to sale; meeting with IC counsel regarding detailed case background, potential Sinclair issues, and asset maximization strategies (3); further consultation with counsel regarding Sinclair transaction (1). | | |
| 8/17/09 | DLR | Confer with Mr. Harr regarding management of litigation preparation efforts and mutual update (.4); confer with Mr. Lippman regarding Sinclair negotiations and handling of same (.8); confer with Ms. Martin regarding response to third-party information inquiry and direct same and Mr. Nastri regarding handling of same (.3); preparation for and attend status call with counsel and Bridge (.7); assist preparation of FAQ responses for preferred shareholders relative to bankruptcy issues (.3); participate in team call regarding open issues and handling of same (.2). | 2.70 | 918.00 |
| 8/18/09 | DLR | Consideration of appropriate approach to be taken relative to tax returns and K-1s (.6); confer with counsel regarding Sinclair negotiations and direct action (.6); review updates from SEC (.4); review and respond to request for direction from Mr. Wielebinski regarding handling of Sinclair closing (.4); review updates regarding further Sinclair negotiations (.3); preparation for 341 hearing (.6). | 2.90 | 986.00 |
| 8/19/09 | DLR | Confer with counsel regarding status of Sinclair hearing and preparation for same (.5); confer with Mr. Phelps regarding status and proposed course of action (.4); review inquiry from potential bidder and forward same to Raymond James (.3); preparation for and attend 341 | 2.70 | 918.00 |

Munsch Hardt Kopf & Harr, P.C.
File No. 004856.00009
Invoice No. 10223829
Matter Description: PROVIDENT - DENNIS ROOSSIEN, TRUSTEE

Page 5 of 9
September 16, 2009

| Date | Init | Description | Hours | Amount |
|---|---|---|---|---|
| | | meeting (1.5). | | |
| 8/20/09 | DLR | Review and consider proposed ordinary course professionals list (.3); review OIC request for meeting and follow-up with Mr. Bendure regarding same (.3); confer with counsel regarding same and direct action (.5); confer with SEC regarding status of investigation and respond to inquiries regarding preliminary findings and status of bankruptcy proceedings (1); direct handling of investor inquiry regarding bankruptcy issue (1); review and approve marketing report (.2); work with impacted team members and counsel to respond to request by investor committee for meeting with accountants and forensic accountants (1); coordinate efforts with Mr. Harr (.4). | 4.70 | 1598.00 |
| 8/20/09 | DLR | Confer with law clerk regarding sale motion; update Mr. McGee regarding same. | 0.30 | 102.00 |
| 8/21/09 | DLR | Review proposed expenditures and consult with counsel regarding particular item (.3); monitor settlement negotiations between Sinclair and OIC (.2); coordinate with counsel regarding preparation for hearing (.2); review investor comment relative to sale and memorandum to counsel regarding same (.2). | 0.90 | 306.00 |
| 8/24/09 | DLR | Preparation for Sinclair hearing (1); meeting with OIC and work with accounting professionals in advance of same (3.5); confer with counsel regarding various Sinclair/OIC settlement alternatives (1); confer with Mr. Harr to coordinate efforts of litigation counsel (.8); respond to third-party inquiries (1.2); confer with SEC regarding status and proposed course of action (.5); coordinate team efforts relative to potential insider claims (.5). | 8.50 | 2890.00 |
| 8/25/09 | DLR | Preparation for and attend hearing regarding Sinclair transaction (3.5); confer with bankruptcy counsel following same regarding methods of expediting resolution of remaining aspects of case and limiting continuing expenditures of professional expenses (1); work | 7.60 | 2584.00 |

Munsch Hardt Kopf & Harr, P.C.
File No. 004856.00009  
Invoice No. 10223829  
Matter Description: PROVIDENT - DENNIS ROOSSIEN, TRUSTEE

Page 6 of 9  
September 16, 2009

| Date | Init | Description | Hours | Amount |
|---|---|---|---|---|
| | | with Mr. Noschese to assist efforts (.5); confer with Mr. Segner regarding Bendure efforts and direct same (.4); receive update from SEC regarding OIC investigator's conduct (.3); update Mr. Lippman and draft correspondence to OIC counsel regarding same, work with same and Mr. Wielebinski on same (1); review third-party inquiries and direct same to appropriate team member to handle same (.5); brief Mr. Speer regarding tax issues and direct handling of same (.4). | | |
| 8/26/09 | DLR | Confer with Mr. Nastri regarding continuing efforts to evaluate potential claims relative to purchase transactions (1); confer with Mr. Pannier regarding list of outstanding issues requiring attention (.4); address transfer of Sinclair records issue in consultation with counsel and Mr. Phelps and work to resolve same (2.2); confer with Mr. Noschese regarding results of efforts to date and appropriate further course of action (.5); confer with OIC regarding investigator efforts and resolve course of action to address same (.5); confer with SEC regarding results of investigation and respective intentions (1). | 5.60 | 1904.00 |
| 8/27/09 | DLR | Review proposed ordinary course payments and approve same (.2); review background information relative to proposed professional (.4); update team regarding SEC position on Sinclair documents and monitor and direct team efforts to resolve issues (1); confer with Melbye counsel regarding insurance issues (.3); review results of Mick funding review and memorandum to Mr. Parker regarding same (.4); review and execute Sinclair closing documents (1); review and execute MOR for July (.4); confer with Mr. Rochelle regarding cooperation (.4). | 4.10 | 1394.00 |
| 8/28/09 | DLR | Review and execute further documents relative to Sinclair closing and work with counsel relative to issues related to closing (.5); review update from SEC regarding results of | 1.00 | 340.00 |