Munsch Hardt Kopf & Harr, P.C.
File No. 004856.00009
Invoice No. 10223829
Matter Description: PROVIDENT - DENNIS ROOSSIEN, TRUSTEE

Page 7 of 9
September 16, 2009

| Date | Init | Description | Hours | Amount |
|---|---|---|---|---|
| | | investigative efforts (.3); review and comment on proposed housekeeping motions (.2). | | |
| 8/31/09 | DLR | Confer with Mr. Pannier regarding administrative motions (.2); coordinate tax and litigation issue (.3); review and approve funding request (.2); review update regarding potential asset sale transaction (.3); review correspondence from committee counsel regarding September budgets and consider same (.3); review memorandum regarding OIC counsel application and consider appropriate course of action in light of same (.3); review and forward SEC memorandum regarding misdirected funds (.3); respond to third-party inquiry (.4); review authorities relative to potential distribution and direct efforts to prepare appropriate financial disclosures to permit discussion of same among interested parties (.5); preparation for and attend team status conference (.8); confer with Mr. Lippman regarding various open issues and handling of same (1). | 4.60 | 1564.00 |

Total Hours: .................................... 92.10

Total Fees: ............................................. $31,314.00

## TIMEKEEPER SUMMARY

| Title | Timekeeper Name | Init | Rate | Hours | Total |
|---|---|---|---|---|---|
| Shareholder | Roossien, Dennis | DLR | 340.00 | 92.10 | $31,314.00 |
| | | | Total | 92.10 | $31,314.00 |

Case 09-33886-hdh11 Doc 392-3 Filed 11/03/09 Entered 11/03/09 17:44:19 Desc
Exhibit B-2 Page 2 of 11

Munsch Hardt Kopf & Harr, P.C.
File No. 004856.00009
Invoice No. 10225410
Matter Description: PROVIDENT - DENNIS ROOSSIEN, TRUSTEE

Page 2 of 13
October 14, 2009

# FEE DETAIL

## 01 CASE ADMINISTRATION

| Date | Init | Description | Hours | Amount |
|---|---|---|---|---|
| 9/1/09 | DLR | Confer with Mr. Harr regarding litigation matters to exchange information, coordinate efforts with other professionals, and direct efforts (.9); review updates regarding Sinclair data transition (.2); review related correspondence regarding Coffee auction issue (.1); address document preservation issues (.3); confer with Mr. Phelps regarding Sinclair transition issues, issues related to continued winding down of staff and attendant evidence access and witness access issues, and ordinary course professionals (.7); conferences with Mr. McGee regarding d&o issues (1.2); consideration of alternatives in light of discussions with same (.3); review and consider issue raised by prospective buyer (.2); confer with Mr. Wielebinski regarding status of negotiations with prospective buyer and direct action (.1). | 4.00 | $1,360.00 |
| 9/2/09 | DLR | Confer with Mr. Pannier regarding administrative motions (.1); review and direct handling of contact lists (.1); direct Ms. Martin regarding preparation of witness contact materials (.1); review updates from Mr. Harr and provide additional background to same (.1); review update from Mr. Speer regarding taxes and provide information requested by same (.1); review and respond to third-party information request (.1); confer with Mr. Noschese regarding opinion on rejection of consulting agreement and direct Mr. Pannier accordingly (.1); review and respond to inquiry from Mr. Lippman regarding potential buyer (.1); review comments of OIC counsel regarding potential buyer (.1); address confusion created by OIC letter to investors (.4); respond to request for direction relative to investor change of address and proposed change of ownership requests (.1). | 1.40 | $476.00 |
| 9/3/09 | DLR | Respond to inquiry regarding witness contact | 0.30 | $102.00 |

Munsch Hardt Kopf & Harr, P.C.
File No. 004856.00009
Invoice No. 10225410
Matter Description: PROVIDENT - DENNIS ROOSSIEN, TRUSTEE
Page 3 of 13
October 14, 2009

| Date | Init | Description | Hours | Amount |
|---|---|---|---|---|
| | | information (.1); confer with Mr. Harr regarding status and proposed course of action (.1); confer with Mr. McGee regarding same (.1). | | |
| 9/4/09 | DLR | Review updates regarding Raymond James marketing report, provide information necessary for escrow account, provide information needed to evaluate appropriate handling of contractor expenses, and attend to like case administration issues (.2). | 0.20 | $68.00 |
| 9/8/09 | DLR | Review inquiries from third-parties and creditors and direct handling of same. | 0.20 | $68.00 |
| 9/10/09 | DLR | Review updates and correspondence relative to privacy issue (.2); confer with Mr. Lippman regarding various open matters and direct action (.5); follow-up with OIC counsel regarding investigator meeting (.1); update involved team members accordingly regarding cancellation of meeting (.1); receive update relative to due diligence on potential malfeasance relative to purchase transactions and direct action (.1); confer with Mr. Lippman regarding negotiations with OIC regarding proposed areas of responsibility, comments to same, and preparation for hearing (.6). | 1.60 | $544.00 |
| 9/11/09 | DLR | Attend team status call and provide direction relative to various open issue (.9); confer with Mr. Lippman regarding budget projections (.1); review and approved ordinary course payments (.1); review, execute and return Oklahoma regulatory compliance materials (.1); confer with Mr. Downey regarding Miller benefits issues (.1); confer with Ms. Martin regarding handling of third-party inquiries (.3); review forensic work product (.2); confer with Mr. Segner regarding forensic results to date and redirect efforts as appropriate (.5); confer with SEC regarding status of investigative efforts and anticipated course of same (.2); review supplemental forensic work product and make comments relative to same (.2). | 2.70 | $918.00 |
| 9/14/09 | DLR | Preparation for and attend court hearing (1.1); analysis of potential means of settling budding | 4.40 | $1,496.00 |

Munsch Hardt Kopf & Harr, P.C.
File No. 004856.00009
Invoice No. 10225410
Matter Description: PROVIDENT - DENNIS ROOSSIEN, TRUSTEE

Page 4 of 13
October 14, 2009

| Date | Init | Description | Hours | Amount |
|---|---|---|---|---|
| | | disputes with OIC counsel (.3); review and direct handling of third-party information request (.1); review revised forensic work product and memorandum to Mr. McGee regarding same (.2); review response on information request and memorandum to inquirer regarding results (.1); attention to employment issue (.2); direct preparation of supplemental material relative to investor class (.2); preparation of materials required relative to trustee application (2.1); confer with Mr. Pannier regarding well election notice and direct handling of same (.1). | | |
| 9/15/09 | DLR | Review proposed responses to Melbye tax inquiries (.2); continue preparation of trustee application (2); review third-party inquiry and direct handling of same (.1); provide information to Mr. Segner to assist his efforts (.1); review and consider memorandum regarding registered agents and direct action (.1); review memorandum from Mr. Nastri regarding leases and request further assistance relative to same (.1); respond to Oklahoma regulatory authorities regarding surety hearing and coordinate efforts of Mr. Marshall with same (.1). | 2.70 | $918.00 |
| 9/16/09 | DLR | Confer with Bridge representatives regarding various outstanding operational issues, tax issues, etc (.5); receive update regarding potential additional asset and respond to same (.1); work with Mr. McGee to determine appropriate position to be taken on proposed motion to lift stay and related insurance claim for defense costs (.7); review and execute tax form, confer with Mr. Garlock regarding same, review and approve text of tax disclosure (.1). | 1.40 | $476.00 |
| 9/17/09 | DLR | Review and consider notice of billing statement from UCC (.1); continue preparation of trustee application (1); memorandum to Mr. Garlock requesting updated accounting on attorneys' fees (.1); request update from Mr. Lippman on efforts to obtain statements and proposed budget from OIC (.1); review third-party request for information and direct handling of same (.1); | 5.10 | $1,734.00 |

Munsch Hardt Kopf & Harr, P.C.
File No. 004856.00009
Invoice No. 10225410
Matter Description: PROVIDENT - DENNIS ROOSSIEN, TRUSTEE

Page 5 of 13
October 14, 2009

| Date | Init | Description | Hours | Amount |
|---|---|---|---|---|
| | | direct research regarding ability to contain insurer funded defense costs in light of recent update from defense counsel regarding extent of costs incurred (.1); review and direct handling of correspondence from investor claimants regarding change of address (.2); review and forward notices relative to lease operations (.2); respond to counsel representing investor group (.1); work with Mr. Nastri relative to restructuring alternatives in light of lack of marketability of leases (.6); evaluate qualifications of additional consultant to assist with same and work with Mr. Pannier regarding addition to ordinary course professionals (.8); review update regarding handling of OCC issues (.1); attention to consultant invoice (.1); review inquiry from potential buyer and refer same to Raymond James, inquire relative to apparent issue with CA, respond to inquiring party (.3); review recommendations relative to proposed one-off leasehold sale, confer with Mr. Nastri regarding same, direct action (.7); review status of D&O claim perfection (.2); confer with Mr. Garlock regarding various outstanding issues (.3). | | |
| 9/18/09 | DLR | Respond to inquiry from Pershing regarding Melbye account (.3); update Melbye counsel regarding same (.1); direct Ms. Martin regarding obtaining service confirmation and filing of same (.2); review updated accounting regarding professional fees and direct counsel relative to expediting trailing invoices (.5); confer with counsel regarding status of purchase transaction audit (.1); review working task list and update same (.3); review updated budget (.1). | 1.60 | $544.00 |
| 9/21/09 | DLR | Obtain update regarding call with investor committee regarding marketing report and confirm availability for bid procedures hearing if needed (.1); discuss operational issues with Mr. Nastri and obtain recommendations from same (.8); prepare memorandum to involved team members to implement recommendations of Mr. Nastri (.3). | 1.20 | $408.00 |

Munsch Hardt Kopf & Harr, P.C.
File No. 004856.00009
Invoice No. 10225410
Matter Description: PROVIDENT - DENNIS ROOSSIEN, TRUSTEE

Page 6 of 13
October 14, 2009

| Date | Init | Description | Hours | Amount |
|---|---|---|---|---|
| 9/22/09 | DLR | Confer with Mr. Garlock regarding operational issues (.9); review materials relative to lease holdings in more detail in order to assess recommendations relative to highest and best use of same (.4); draft memorandum outlining task list for consultant engagement related to same (.9); confer with Mr. Lippman regarding continuing efforts to curtail professional fees and difficulties being encountered with OIC relative to same, and modifications to overal business strategy and appropriate procedural handling of same (.9); monitor and coordinate efforts implementing same (.3); follow-up on ordinary course professional motion status (.1). | 3.50 | $1,190.00 |
| 9/23/09 | DLR | Confer with counsel regarding comments to Epiq order (.1); work with Ms. Flannagan regarding remaining forms, execute and return same (.4); review update regarding termination of Fox Rothchild and consider impact and implications of same, further conversation with Mr. Lippman regarding same and resolve course of action to be taken on various issues in light of this development (.3); confer with Mr. Speer regarding tax issues (.2). | 1.00 | $340.00 |
| 9/25/09 | DLR | Review and authorize proposed ordinary course expenditures (.1); direct Mr. Pannier relative to ordinary course professionals authorization (.1); direct handling of investor inquiries (.2). | 0.40 | $136.00 |
| 9/28/09 | DLR | Direct Ms. Martin regarding handling of transfer requests (.1); review memorandum from Mr. Ong regarding insurance allocation and consideration of most appropriate means of addressing same (.2); review memorandum from Mr. Lippman regarding budget (.1); review updates regarding handling of CA issues (.1); attend team status call (.4); receive updates on various issues (.1). | 1.00 | $340.00 |
| 9/29/09 | DLR | Review and direct responses to unique investor inquiries (.2); confer with lead broker regarding concerns relative to claim filing and refer same to investor committee (.3); review and approve Bridge request to effect certain payments (.1); | 0.80 | $272.00 |

Munsch Hardt Kopf & Harr, P.C.
File No. 004856.00009
Invoice No. 10225410
Matter Description: PROVIDENT - DENNIS ROOSSIEN, TRUSTEE

Page 7 of 13
October 14, 2009

| Date | Init | Description | Hours | Amount |
|---|---|---|---|---|
| | | review and forward operator inquiry for handling (.1); review, execute and forward MOR (.1). | | |
| 9/30/09 | DLR | Coordinate team status conference, set up meeting with Mr. Phelps, confer further with Mr. Lippman regarding valuation issue (.1); review and consider recommendation of Mr. Garlock regarding possible SRI asset and approve same (.1); outline issues for meeting with Bridge (.4); meeting with Mr. Phelps and Mr. Garlock regarding general status update, review of lease sale prospects, review of litigation investigation efforts, coordination of team efforts, potential budget, professional expenses, and other operational issues and direct action on various fronts (3); review and further consider materials and proposals presented by Bridge (.5). | 4.10 | $1,394.00 |

Total For 01 .........................................37.60    $12,784.00

## 04  COMMITTEE COMMUNICATIONS

| Date | Init | Description | Hours | Amount |
|---|---|---|---|---|
| 9/8/09 | DLR | Telephone conference with UCC counsel regarding update at request of UCC counsel. | 0.70 | $238.00 |
| 9/14/09 | DLR | Discussions with committee counsel regarding budget and appropriate areas of effort (.5); direct counsel relative to follow-up with committee counsel regarding same (.2). | 0.70 | $238.00 |
| 9/15/09 | DLR | Preparation for UCC meeting. | 0.30 | $102.00 |
| 9/16/09 | DLR | Review proposed committee meeting agenda, preparation of comments relative to various points, meeting with counsel and Bridge representatives regarding same, attend meeting, follow-up conference with counsel regarding addressing certain issues raised. | 3.40 | $1,156.00 |
| 9/22/09 | DLR | Review UCC inquiry regarding proposed ordinary course professional and work to coordinate response to same (.5); confer with Mr. Lippman regarding efforts to set up conference with committees relative to professional fees (.1). | 0.60 | $204.00 |

Munsch Hardt Kopf & Harr, P.C.
File No. 004856.00009
Invoice No. 10225410
Matter Description: PROVIDENT - DENNIS ROOSSIEN, TRUSTEE

Page 8 of 13
October 14, 2009

**Total For 04** .........................................5.70     $1,938.00

## 11  ASSET SALES / DISPOSITION

| Date | Init | Description | Hours | Amount |
|---|---|---|---|---|
| 9/2/09 | DLR | Review update regarding proposed sale of remaining mineral assets. | 0.10 | $34.00 |
| 9/3/09 | DLR | Review update regarding potential mineral purchase transaction, confirm follow-up on OCC issues (.1); confer with Mr. Pannier regarding assistance needed to conclude motion to approve purchase transaction (.1). | 0.20 | $68.00 |
| 9/4/09 | DLR | Receive updates relative to negotiations with potential purchaser; work with counsel relative to concluding purchase agreement and escrow agreement. | 0.20 | $68.00 |
| 9/11/09 | DLR | Review and comment on marketing update (.1); confer with Mr. Phelps regarding potential bidder (.1). | 0.20 | $68.00 |
| 9/18/09 | DLR | Consideration of potential restructure of remaining assets and preferred means of liquidation of leases (.3); consultation with third-party expert regarding same (.6); confer with Raymond James regarding same and establish appropriate protocol (.7); confer with counsel regarding proposed streamlined court approval procedure for smaller sales (.2). | 1.80 | $612.00 |
| 9/23/09 | DLR | Review and comment on witness/exhibit list for bid procedures hearing (.1); confer with Mr. Pannier regarding potential means of resolving proposed objection to bid procedures (.2). | 0.30 | $102.00 |
| 9/24/09 | DLR | Work with counsel to manage negotiations with respect to confidentiality agreements. | 0.30 | $102.00 |
| 9/28/09 | DLR | Confer with counsel regarding bid procedures hearing. | 0.10 | $34.00 |
| 9/29/09 | DLR | Confer with lead broker regarding concerns raised in letter to sale of minerals (.2); correspondence to OIC counsel regarding same and notify Mr. Lippman, Raymond James, and | 0.60 | $204.00 |

Munsch Hardt Kopf & Harr, P.C.
File No. 004856.00009
Invoice No. 10225410
Matter Description: PROVIDENT - DENNIS ROOSSIEN, TRUSTEE

Page 9 of 13
October 14, 2009

| Date | Init | Description | Hours | Amount |
|---|---|---|---|---|
| | | Bridge regarding concerns raised (.3); work with Mr. Pannier regarding CA issues (.1). | | |
| 9/30/09 | DLR | Confirm follow-up on CA issues so as to ensure maximum number of bidders (.1); review update regarding possible Carter County transaction and consider appropriate next step (.1). | 0.20 | $68.00 |

Total For 11 ............................................4.00   $1,360.00

### 13  CLAIMS ANALYSIS / OBJECTIONS

| Date | Init | Description | Hours | Amount |
|---|---|---|---|---|
| 9/28/09 | DLR | Review update regarding PFM claim (.1); review and consider implications of memorandum from Ms. Self regarding land records relative to PFM (.1). | 0.20 | $68.00 |

Total For 13 ............................................0.20   $68.00

### 15  D & O CLAIMS

| Date | Init | Description | Hours | Amount |
|---|---|---|---|---|
| 9/2/09 | DLR | Receive update from Mr. McGee regarding preliminary results of coverage analysis and views regarding appropriate strategy to take with carrier based upon initial discussions with carrier counsel, and provide additional background necessary to develop necessary evidence to present appropriate claims, and direct action accordingly. | 1.20 | $408.00 |
| 9/4/09 | DLR | Confer with Mr. McGee regarding additional potential witness and contact information for same (.2). | 0.20 | $68.00 |
| 9/11/09 | DLR | Confer with Mr. McGee regarding D&O claim developments and proposed course of action. | 0.30 | $102.00 |
| 9/15/09 | DLR | Review and consider chronology prepared by counsel for individual defendants. | 0.60 | $204.00 |
| 9/16/09 | DLR | Monitor and direct efforts of Mr. McGee relative | 0.30 | $102.00 |

Munsch Hardt Kopf & Harr, P.C.
File No. 004856.00009
Invoice No. 10225410
Matter Description: PROVIDENT - DENNIS ROOSSIEN, TRUSTEE

Page 10 of 13
October 14, 2009

| Date | Init | Description | Hours | Amount |
|---|---|---|---|---|
| | | to development of D&O evidence. | | |
| 9/21/09 | DLR | Call with Ms. Self and others relative to status of efforts to collect evidence for various claims concerning commission issues and title failure issues (.9); direct efforts of other team members to assist same (.5); review key materials accumulated to date (.3); confer further with Mr. McGee and direct efforts relative to continuing efforts to develop details of D&O evidence (.6); discuss same with Mr. Nastri, develop further areas of inquiry with same, and direct collaboration with Mr. McGee (.7). | 3.00 | $1,020.00 |
| 9/22/09 | DLR | Confer with Mr. Harr regarding record preservation issues. | 0.20 | $68.00 |
| 9/23/09 | DLR | Provide direction to Ms. Self regarding evidence collection and means of coordinating efforts with other team members (.5); memorandum to team regarding scope of investigation on various points, details relative to remaining areas of inquiry and focus, and use of expert to assist same (.6); confer further with David Garlock regarding same (.3). | 1.40 | $476.00 |
| 9/24/09 | DLR | Memorandum to SEC regarding evidence preservation proposal (.1); memorandum to Mr. Garlock soliciting bid for balance of documents (.1). | 0.20 | $68.00 |
| 9/24/09 | DLR | Review accumulated evidence to evaluate strength of claims developed to date. | 1.70 | $578.00 |
| 9/28/09 | DLR | Review further memorandum from Ms. Self regarding title issues. | 0.10 | $34.00 |
| 9/29/09 | DLR | Confer with Mr. McGee regarding status and proposed course of action relative to D&O claims (.3); coordinate efforts among various D&O team members (.3); confer with FINRA regarding status of investigation (.1); continue to review and evaluate accumulated evidence and work with Mr. McGee relative to development of claims (.3). | 1.00 | $340.00 |
| 9/30/09 | DLR | Review response from carrier regarding proposed | 0.10 | $34.00 |

Case 09-33886-hdh11 Doc 392-3 Filed 11/03/09 Entered 11/03/09 17:44:19 Desc
Exhibit B-2 Page 11 of 11

Munsch Hardt Kopf & Harr, P.C.
File No. 004856.00009
Invoice No. 10225410
Matter Description: PROVIDENT - DENNIS ROOSSIEN, TRUSTEE

Page 11 of 13
October 14, 2009

| Date | Init | Description | Hours | Amount |
|---|---|---|---|---|
| | | meeting and correspondence from Mr. McGee relative to same, consider appropriate course of action, confer with Mr. McGee regarding same (.1). | | |

Total For 15 .........................................10.30   $3,502.00

## 22  BLIMLINE

| Date | Init | Description | Hours | Amount |
|---|---|---|---|---|
| 9/11/09 | DLR | Confer with Mr. Noschese regarding status and proposed course of action. | 0.10 | $34.00 |
| 9/15/09 | DLR | Review and forward information from SEC (.1); review bank records subpoena and evaluate comprehensiveness of same, memorandum to Mr. Bendure regarding same, memorandum to SEC regarding comparison of forensic work product (.2). | 0.30 | $102.00 |
| 9/16/09 | DLR | Coordinate activities of Mr. Bendure and Mr. Scott relative to collection of bank records. | 0.10 | $34.00 |
| 9/28/09 | DLR | Confer with Mr. Noschese regarding discovery status, efforts to schedule conference, and need to proceed if same continues to be refused. | 0.10 | $34.00 |

Total For 22 ............................................0.60   $204.00

Total Hours: ..................................................................58.40

Total Fees: ........................................................$19,856.00

## TIMEKEEPER SUMMARY

| Title | Timekeeper Name | Init | Rate | Hours | Total |
|---|---|---|---|---|---|
| Shareholder | Roossien, Dennis | DLR | 340.00 | 58.40 | $19,856.00 |
| | | | Total | 58.40 | $19,856.00 |