

## SUMMARY OF FEES
### FOR THE PERIOD JULY 2, 2009 THROUGH SEPTEMBER 30, 2009

| Invoice No. | Billable Hours | Fees | 80% Interim Payment of Fees | PAID Fees | UNPAID Fees and Expenses |
|---|---|---|---|---|---|
| 10223720 | 95.60 | $32,504.00 | $26,003.20 | $26,003.20 | $6,500.80 |
| 10223829 | 92.10 | $31,314.00 | $25,051.20 | $25,051.20 | $6,262.80 |
| 10225410 | 58.40 | $19,856.00 | $15,884.80 | $15,884.80 | $3,971.20 |
| **TOTALS** | **246.10** | **$83,674.00** | **$66,939.20** | **$66,939.20** | **$16,734.80** |