| | |
|---|---|
| United States Bankruptcy Court<br>For the Northern District Of Texas | |
| Provident Operating Company LLC | } Chapter 11<br>}<br>}<br>}<br>} Case No.<br>} 09-33893 |
| Debtor | } **Amount $15,400.00** |

**Notice to transfer of Claim pursuant to rule 3001 (e) (1)**
**To: Transferor:**

**Hoss Consulting Service**
**13125 SW 47th Street**
**Mustang, OK 73064**

The transfer of your claim as shown above in the amount of **$15,400.00** has been transferred to:

       Liquidity Solutions Inc
       One University Plaza
       Suite 312
       Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim.

       By/s/Michael Handler
       Liquidity Solutions Inc
       (201) 968-0001

3090106

## TRANSFER NOTICE

Hoss Consulting Service ("Assignor"), transfers and assigns unto Liquidity Solutions, Inc., as agent for __________, with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM between Assignor and Assignee (the "Agreement"), all of Assignor's right, title and interest in, to and under the Claim of Assignor as set forth in the Agreement against **Provident Operating Company LLC** (the "Debtor"), in the aggregate amount of **$15,400.00,** representing all claims of Assignor pending against the Debtor in the United States Bankruptcy Court, Northern District of Texas, administered as Case No. 09-33893.

IN WITNESS WHEREOF, Assignor has signed below as of the 30th day of November 2009

Hoss Consulting Service

Gerald Hoss
(Signature)

GERALD HOSS / PRESIDENT
(Print Name and Title)

Melissa Ward
(Signature)

Melissa Ward
(Print Name of Witness)

Provident Operating Company LLC
Hoss Consulting Service

3090106