| | |
|---|---|
| United States Bankruptcy Court<br>For the Northern District Of Texas | |
| PROVIDENT ROYALTIES LLC ET AL | } Chapter 11<br>}<br>}<br>}<br>} Case No.<br>} 09-33886 |
| Debtor | } Amount **$25,538.68** |

**Notice to transfer of Claim pursuant to rule 3001 (e) (1)**
**To: Transferor:**

**CRESCENT SERVICES**
**5749 NORTHWEST 132nd STREET**
**OKLAHOMA CITY, OK 73142**

The transfer of your claim as shown above in the amount of **$25,538.68** has been transferred to:

      Liquidity Solutions Inc
      One University Plaza
      Suite 312
      Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim.


      By/s/Michael Handler
      Liquidity Solutions Inc
      (201) 968-0001

497530

497530

## TRANSFER NOTICE

Crescent Services ("Assignor"), transfers and assigns unto Liquidity Solutions, Inc., as agent for _____ with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM between Assignor and Assignee (the "Agreement"), all of Assignor's right, title and interest in, to and under the Claim of Assignor as set forth in the Agreement against Provident Royalties LLC, et al. ("Debtors"), in the aggregate amount of $25,538.68 representing all claims of Assignor pending against Debtors in the United States Bankruptcy Court, Northern District of Texas, administered as Case No. 09-33886.

IN WITNESS WHEREOF, Assignor has signed below as of the 29 day of Dec, 2009.

Crescent Services

By: _____
(Signature)

___Ken Davidson___
(Print Name and Title)

WITNESS:

_____
(Signature)

___Ashley Huang___
(Print Name of Witness)

497530