# EXHIBIT B

**SUMMARY OF FEES**
**FOR THE PERIOD OCTOBER 1, 2009 THROUGH JANUARY 31, 2010**

| Invoice No. | Billable Hours | Fees | Expenses | 80% Interim Payment of Fees | PAID Fees and Expenses | UNPAID Fees and Expenses |
|---|---|---|---|---|---|---|
| 10228509 | 78.20 | $26,588.00 | $4.20 | $21,270.40 | $21,274.60 | $5,317.60 |
| 10228602 | 96.60 | $32,844.00 | $0.00 | $26,275.20 | $26,275.20 | $6,568.80 |
| 10230280 | 107.60 | $36,584.00 | $107.67 | $29,267.20 | $29,374.87 | $7,316.80 |
| 10232249 | 80.50 | $27,370.00 | $3.00 | $0.00 | $0.00 | $27,373.00 |
| **TOTALS** | **362.90** | **$123,386.00** | **$ 114.87** | **$76,812.80** | **$76,924.67** | **$46,576.20** |

MHDocs 2538886_1 4856.8