United States Bankruptcy Court
Northern District of Texas

In re: Provident Royalties, LLC, et al., Jointly Administered, Case No. 09-33886

NOTICE OF TRANSFER OF CLAIM APPEARING IN THE DEBTOR'S SCHEDULES PURSUANT TO F.R.B.P. 3001(e)(2)

**To Transferor**   **VINCES LEASE SERVICE, INC.**   **Claim No. 9688**
P.O. BOX 556   **Amount of Claim $13,666.66**
HINTON, OK 73047

**Name of Transferee** where notices and payments to transferee should be sent:

Creditor Liquidity, L.P.
200 Business Park Drive, Suite 200
Armonk, New York 10504
Phone: (914) 514-8300

No action is required. Assignor hereby waives any notice of hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and the Assignee herein as the valid owner of the Claim.

United States Bankruptcy Court
Northern District of Texas
Dallas Division
1254 Earle Cabell Federal Bldg and United States C
1100 Commerce S
Dallas, TX 75242

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By /s/ Robert J. Tannor   Dated: 3/15/10
Creditor Liquidity, L.P.

## Evidence of Transfer

**VINCES LEASE SERVICE, INC.** ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto **Creditor Liquidity, LP, 200 Business Park Drive, Suite 200, Armonk, New York, 10504**, its successors and assigns ("Assignee"), all rights, title and interest in and to all claims of Assignor in the aggregate amount of **$13,666.66** as stated in the Proof of Claim and or Debtor's schedules and or cure claim schedules against **Provident Royalties, LLC, et al.**, Jointly Administered in the United States Bankruptcy Court, Northern District of Texas ("the Court"), **Case no. 09-33886** or any other court with jurisdiction.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and the Assignee herein as the valid owner of the Claim. All references in this document to dollar amounts shall be deemed to be expressed in US Dollars, unless specifically noted otherwise and initialed by the Assignee.

IN WITNESS WHEREOF, dated the 3rd day of March, 2010

By: X _Vicente Mayorga_
(Signature of Authorized Party)

_Vince's Lease Serv. Inc._
(Company Name)

_Vince Mayorga_
(Print name of Authorized Party)

By: /s/ Robert J. Tannor
Robert J. Tannor

Creditor Liquidity, LP

914-514-8300
(Telephone Number)