United States Bankruptcy Court
Northern District of Texas

In re: Provident Royalties, LLC, et al., Jointly Administered, Case No. 09-33886

NOTICE OF TRANSFER OF CLAIM APPEARING IN THE DEBTOR'S SCHEDULES PURSUANT TO F.R.B.P. 3001(e)(2)

**To Transferor**  **Accretive Solutions – Dallas LP**  **Claim No. 5535**
105 Maxess Road, Suite 107  **Amount of Claim $12,500.00**
Melville, NY 11747

**Name of Transferee** where notices and payments to transferee should be sent:

Creditor Liquidity, L.P.
200 Business Park Drive, Suite 200
Armonk, New York 10504
Phone: (914) 514-8300

No action is required. Assignor hereby waives any notice of hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and the Assignee herein as the valid owner of the Claim.

United States Bankruptcy Court
Northern District of Texas
Dallas Division
1254 Earle Cabell Federal Bldg and United States C
1100 Commerce S
Dallas, TX 75242

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.


By /s/ Robert J. Tannor    Dated: 3/9/10
Creditor Liquidity, L.P.

# Evidence of Transfer

**ACCRETIVE SOLUTIONS - DALLAS LP** ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto **Creditor Liquidity, LP, 200 Business Park Drive, Suite 200, Armonk, New York, 10504**, its successors and assigns ("Assignee"), all rights, title and interest in and to all claims of Assignor in the aggregate amount of **$12,500.00** as stated in the Proof of Claim and or Debtor's schedules and or cure claim schedules against **Provident Royalties, LLC, et al.**, Jointly Administered in the United States Bankruptcy Court, Northern District of Texas ("the Court"), **Case no. 09-33886** or any other court with jurisdiction.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and the Assignee herein as the valid owner of the Claim. All references in this document to dollar amounts shall be deemed to be expressed in US Dollars, unless specifically noted otherwise and initialed by the Assignee.

IN WITNESS WHEREOF, dated the 8 day of March, 2010

By: _____
(Signature of Authorized Party)

Accretive Solutions-Dallas, LP
(Company Name)

Mike G. Reinecke, EVP
(Print name of Authorized Party)




By: _____/s/ Robert J. Tannor_____
        Robert J. Tannor

        Creditor Liquidity, LP


        914-514-8300
        (Telephone Number)

# EXHIBIT "D"
## Schedule of Deemed Allowed General Unsecured Claims

| Creditor Name | Source | Allowed Amount* |
|---|---|---|
| Accretive Solutions | Proof of Claim | $12,500.00 |
| Addison Printing | Scheduled Amount | $330.18 |
| Altex Computers & Electronics | Scheduled Amount | $988.17 |
| American Infosource LP as Agent for FIA Card Services, NA/Bank of America | Proof of Claim | $551.63 |
| American Infosource LP as Agent for T-Mobile/T-Mobile USA, Inc. | Proof of Claim | $164.10 |
| Aramark Refreshment Services | Scheduled Amount | $208.88 |
| AT Conference, Inc. | Proof of Claim | $15.11 |
| AT&T | Scheduled Amount | $93.97 |
| Atlas Tubular, LP | Scheduled Amount | $63,439.09 |
| Avatar Systems, Inc. | Scheduled Amount | $2,468.68 |
| Bloom Electric Services, Inc. | Scheduled Amount | $1,577.09 |
| BNK Petroleum | Scheduled Amount | $349.38 |
| Brower Oil & Gas | Scheduled Amount | $196.92 |
| Bullets Hotshot Service, LLC | Proof of Claim | $362.00 |
| Bureau of Indian Affairs | Scheduled Amount | $1,340.34 |
| Caneff, Tom M. | Proof of Claim | $842.13 |
| Carol Newman Old | Proof of Claim | $19,800.00 |
| CDW Corporation | Proof of Claim | $3,614.92 |
| CGZ, LLC dba Adair Land and Leasing | Proof of Claim | $1,021,868.22 |
| Christian Welding Services | Scheduled Amount | $640.00 |
| Cimmaron Field Services, Inc. | Proof of Claim | $193,254.36 |
| Circle C Energy, LLC | Proof of Claim | $104,270.13 |
| Come Big or Stay Home L.L.C. | Proof of Claim | $14,103.05 |
| Contek Solutions, LLC | Proof of Claim | $22,900.00 |
| Continental Operating | Scheduled Amount | $138.85 |
| Cordillera Energy Partners | Scheduled Amount | $317.44 |
| Creditor Liquidity, L.P. as Assignee of Teledrift Company | Scheduled Amount | $8,384.75 |
| CT Corporation | Scheduled Amount | $778.34 |
| Cut 2 Shreds | Scheduled Amount | $756.00 |
| David Potts Land | Scheduled Amount | $180.44 |
| David W. Potts Land & Expl. | Scheduled Amount | $8,541.95 |
| DCP Midstream, LP | Scheduled Amount | $90.00 |
| DCP Midstream, LP | Scheduled Amount | $45.00 |
| DEKA Exploration, Inc. | Scheduled Amount | $532.91 |
| Dept. of the Interior | Scheduled Amount | $120.00 |
| Elco Resources, LLC | Scheduled Amount | $614.73 |
| Enertia Software | Scheduled Amount | $42,250.00 |
| Enviro Clean Operating | Scheduled Amount | $112.50 |
| Epoch Well Services | Scheduled Amount | $7,254.00 |
| Fair Harbor Capital, LLC as Assignee of D&K Water | Scheduled Amount | $2,572.50 |
| Fair Harbor Capital, LLC as Assignee of Dan Howe/Dan's Custom Welding | Scheduled Amount | $1,280.00 |
| Fair Harbor Capital, LLC as Assignee of Gore, Kevin K. / Gore's Gotta Co.A87 | Court Order [Docket No. 563] | $1,700.00 |
| Fair Harbor Capital, LLC as Assignee of Hijet Bit, LLC | Proof of Claim | $5,775.00 |
| Fair Harbor Capital, LLC as Assignee of Northfork Rental | Scheduled Amount | $4,400.00 |