# UNITED STATES BANKRUPTCY COURT

Northern District of Texas

In re: **PROVIDENT ROYALTIES, LLC, ET AL.,**    Case No. **09-33886**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(1), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| **SONAR CREDIT PARTNERS, LLC** | **LandTemp, Inc.** |
| Name of Transferee | Name of Transferor |

| | |
|---|---|
| Name and Address where notices to transferee should be sent: | Court Claim # (if known): <br> Amount of Claim: **$23,250.00** <br> Date Claim Filed: N/A |
| **SONAR CREDIT PARTNERS, LLC** <br> **200 BUSINESS PARK DRIVE, SUITE 201** <br> **ARMONK, NY 10504** | |
| Phone: **(914) 730-1005** <br> Last Four Digits of Acct #: N/A | Phone: (713) 974-5263 <br> Last Four Digits of Acct. #: N/A |
| Name and Address where transferee payments should be sent (if different from above): | Name and Current Address of Transferor: <br><br> LandTemp, Inc. <br> 3730 Kirby Drive <br> Suite 1000 <br> Houston, TX 77098 |
| Phone: N/A <br> Last Four Digits of Acct #: N/A | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief:

By: /s/Michael Goldberg    Date: 5/10/2010
 Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.


**SONAR CREDIT PARTNERS, LLC**

EXHIBIT B

### EVIDENCE OF TRANSFER OF CLAIM

TO: United States Bankruptcy Court ("Bankruptcy Court")
for the Northern District of Texas (Dallas Division)
Attn: Clerk

AND TO: Provident Royalties LLC ("Debtor")
Case No. 09-33886

Schedule # 886000760
LANDTEMP, INC., its successors and assigns ("Assignor"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

**SONAR CREDIT PARTNERS, LLC**
200 Business Park Drive
Suite 201
Armonk, NY 10504
Attn: Michael Goldberg
Phone: (914) 730-1005

its successors and assigns ("Assignee"), all rights, title and interest in and to the claim of Assignor, including all rights of stoppage in transit, replevin and reclamation, in the principal amount of $23,250.00 ("Claim") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges, understands and agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claim and recognizing the Assignee as the sole owner and holder of the Claim. You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Assignee.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated 05/10/2010

ASSIGNOR

By: /s/ Michael H. Mann
Name: Michael H. Mann
Title: President
Date: 05/10/2010

ASSIGNEE

By: /s/ Michael Goldberg
Name: Michael Goldberg
Title: Managing Member
Date: 05/10/2010

| Creditor Name | Source | Allowed Amount* |
|---|---|---|
| Fair Harbor Capital, LLC as Assignee of Stinger Wellhead Protection Incorporated | Proof of Claim | $2,380.00 |
| FedEx Customer Information Service | Proof of Claim | $1,386.53 |
| First Equity Card | Proof of Claim | $3,675.79 |
| Geomap Company | Scheduled Amount | $9,693.80 |
| Glenn Supply Company | Scheduled Amount | $2,479.47 |
| Granite One West, Ltd. | Court Order [Docket No. 425] | $307,229.10 |
| Greene's Energy Group, LLC | Proof of Claim | $25,914.56 |
| Gregory Telephone | Scheduled Amount | $2,791.20 |
| Greystone Enterprises | Scheduled Amount | $3,942.00 |
| Guaranteed Express, Inc. | Proof of Claim | $46.20 |
| Gyrodata, Inc. | Scheduled Amount | $10,266.88 |
| H.B.B. Seismic Services | Proof of Claim | $52,800.00 |
| Haas Petroleum Engineering Svcs., Inc. | Proof of Claim | $32,902.91 |
| Hampton & Milligan | Scheduled Amount | $29,549.30 |
| Hanta Yo Logistics, Inc. | Proof of Claim | $4,900.00 |
| Hartford, The | Scheduled Amount | $2,478.90 |
| Higginbotham & Associates | Scheduled Amount | $180.00 |
| Infinisource | Scheduled Amount | $166.45 |
| Irish Setter Surveys | Proof of Claim | $38,261.50 |
| J&W Services Company | Scheduled Amount | $4,669.79 |
| Joe Hood Permitting Services | Proof of Claim | $7,963.50 |
| Joe's Hotshot & Trucking | Scheduled Amount | $1,100.00 |
| Ken's Oilfield Service, Inc. | Proof of Claim | $4,870.00 |
| L.E. Jones Operating | Scheduled Amount | $163.52 |
| Landpro Corporation | Scheduled Amount | $455.81 |
| Landtemp, Inc. | Scheduled Amount | $23,250.00 |
| Lasersaver | Scheduled Amount | $887.02 |
| Liquidity Solutions Inc. as Assignee of Regan Smith Energy Solutions Inc. | Proof of Claim | $60,033.74 |
| Liquidity Solutions Inc. as Assignee of Anadarko Dozer & Trucking, LLC | Proof of Claim | $5,735.00 |
| Liquidity Solutions Inc. as Assignee of Casedhole Solutions | Scheduled Amount | $3,645.00 |
| Liquidity Solutions Inc. as Assignee of Consolidated Oilfield | Scheduled Amount | $11,683.50 |
| Liquidity Solutions Inc. as Assignee of Crescent Services | Scheduled Amount | $25,538.68 |
| Liquidity Solutions Inc. as Assignee of Davis Engineering Company | Proof of Claim | $2,032.91 |
| Liquidity Solutions Inc. as Assignee of Hoppe's Construction | Scheduled Amount | $9,213.25 |
| Liquidity Solutions Inc. as Assignee of Hoss Consulting Service | Scheduled Amount | $15,400.00 |
| Liquidity Solutions Inc. as Assignee of Mathena | Scheduled Amount | $19,962.88 |
| Liquidity Solutions Inc. as Assignee of Platinum Direct Mail Services, L.P. | Proof of Claim | $2,960.89 |
| Liquidity Solutions Inc. as Assignee of Rightstaff, Inc. | Proof of Claim | $6,000.00 |
| Liquidity Solutions Inc. as Assignee of St. John, Griffin and Krieg | Proof of Claim | $13,581.50 |
| Liquidity Solutions Inc. as Assignee of Star Well Services, Inc. | Scheduled Amount | $8,797.65 |

In re: Provident Royalties, LLC  
Debtor

Case No. 09-33886  
(if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. INF0001<br>Infinisource<br>15 E. Washington Street<br>Coldwater, , MI | | N/A | Date Not Available<br>Goods and Services | | | | $166.45 |
| ACCOUNT NO.<br>Joe Hood d/b/a Joe Hood Permitting Services<br>12720 Hillcrest Road, Suite 280<br>Dallas, TX 75230 | | N/A | Date Not Available<br>Disputed Claim Matter | | X | X | Unknown |
| ACCOUNT NO.<br>Joley, Castillo, Drennon Ltd, L.P. D.B.A. Sierra Engineering<br>, | | N/A | Date Not Available<br>Disputed Claim Matter | | X | X | Unknown |
| ACCOUNT NO. LAN0001<br>LandPro Corporation<br>21755 I-45 North, Bldg 7<br>Spring,, TX 77388 | | N/A | Date Not Available<br>Goods and Services | | | | $455.81 |
| ACCOUNT NO. LAN0049<br>Landtemp, Inc.<br>3730 Kirby Drive,<br>Suite 1000<br>Houston, TX 77098 | | N/A | Date Not Available<br>Goods and Services | | | | $23,250.00 |

Sheet no. 10 of 25 continuation sheets attached to  
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal => (Total of this page) $23,872.26

Claim Question? Call: 646 282 2400      Guest

epiq SYSTEMS debtorMatrix

Provident Royalties LLC
Change Client

Client Home    Claims    Docket    Key Documents

Home » Search Claims      Bookmark this Page

# Search Claims

**Criteria**

**Claim Number**      **Creditor Name**      **Scope**

...   Name Starts With   |   landt      Claims and schedules

**Schedule Number**      **Amount**

...   Total Claim Value   |   Equals

**Claim Date Range**

[ ] to [ ]

**Debtor**

...

Order By: Creditor Name      Results Per Page: 50      Reset   Search

**Results**

Expand All

[1] Page 1 of 1 - 01 total items

| Claim # | Schedule # | Creditor Name | Date | Total Claim Value | |
|---|---|---|---|---|---|
| ⊟ | 886000760 | LANDTEMP, INC.<br>3730 KIRBY DRIVE,<br>SUITE 1000<br>HOUSTON, TX 77098<br><br>Debtor: Provident Royalties LLC | Scheduled Unsecured: | $23,250.00<br>$23,250.00 | No Image |

[1] Page 1 of 1 - 01 total items

COMPANY INFORMATION AND SERVICES | FORMS | CORPORATE | HOME | CONTACT | SUBSCRIBE | SITE MAP | DISCLAIMER | TERMS OF USE | PRIVACY STATEMENT | SAFE HARBOR | RSS FEEDS
© Epiq Systems, Inc. All Rights Reserved.

Epiq Bankruptcy Solutions, LLC ("Epiq") maintains this website for the public's convenience. While Epiq makes every attempt to assure the accuracy of the information contained herein, this website is not the website of the United States Bankruptcy Court and does not contain the complete, official record of the Bankruptcy Court. All documents filed with the Bankruptcy Court are available for inspection at the office of the Clerk of the Bankruptcy Court during its normal business hours or online on the Bankruptcy Court's website. Use of this website is also subject to our TERMS OF USE and END USER LICENSE AGREEMENT. Please review our PRIVACY STATEMENT for additional information regarding the data maintained on this website.