# UNITED STATES BANKRUPTCY COURT

Northern District of Texas

In re: **PROVIDENT ROYALTIES, LLC, ET AL.,**   Case No. **09-33886**

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(1), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| **SONAR CREDIT PARTNERS, LLC** | **Cudd Energy Services Inc** |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

**SONAR CREDIT PARTNERS, LLC**
**200 BUSINESS PARK DRIVE, SUITE 201**
**ARMONK, NY 10504**

Phone: **(914) 730-1005**
Last Four Digits of Acct #: N/A

Name and Address where transferee payments should be sent (if different from above):

Phone: N/A
Last Four Digits of Acct #: N/A

Court Claim # (if known):
Amount of Claim: **$8,010.00**
Date Claim Filed: N/A

Phone: (985) 853-5825
Last Four Digits of Acct. #: N/A

Name and Current Address of Transferor:

Cudd Energy Services Inc
8032 Main Street
Houma, LA 70360

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief:

By: /s/Michael Goldberg   Date: 5/14/2010
    Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.



## SONAR CREDIT PARTNERS, LLC

EXHIBIT B

### EVIDENCE OF TRANSFER OF CLAIM

TO: United States Bankruptcy Court ("Bankruptcy Court")
The Northern District of Texas (Dallas Division)
Attn: Clerk

AND TO: Provident Operating Company, LLC ("Debtor")
Case No. 09-33893 (Jointly Administered under Provident Royalties, LLC Case No. 09-33886)

Schedule #893000640
**CUDD ENERGY SERVICES INC**, its successors and assigns ("Assignor"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

**SONAR CREDIT PARTNERS, LLC**
200 Business Park Drive
Suite 201
Armonk, NY 10504
Attn: Michael Goldberg
Phone: (914) 730-1005

its successors and assigns ("Assignee"), all rights, title and interest in and to the claim of Assignor, including all rights of stoppage in transit, replevin and reclamation, in the principal amount of $8,010.00 ("Claim") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges, understands and agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claim and recognizing the Assignee as the sole owner and holder of the Claim. You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Assignee.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated  5-14-10  .

| ASSIGNOR | ASSIGNEE |
|---|---|
| By: (signature) | By: (signature) |
| Name: Aaron Dehtiar | Name: Michael Goldberg |
| Title: Asst. CR MGR | Title: Managing Member |
| Date: 5-5-10 | Date: 5-14-10 |

In re: Provident Operating Company, LLC  
Debtor

Case No. 09-33893  
(if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. CRA0005<br>Crawley Petroleum Corp.<br>105 N. Hudson, Suite 800<br>Oklahoma City, , OK 73102 | | N/A | Date Not Available<br>Goods and Services | | | | $1,930.98 |
| ACCOUNT NO. CRE0010<br>Crescent Services<br>5749 Northwest 132nd Street<br>Oklahoma City,, OK 73142 | | N/A | Date Not Available<br>Goods and Services | | | | $25,538.68 |
| ACCOUNT NO. CUD0001<br>Cudd Energy Services<br>P.O. Box 910283<br>Dallas, , TX 75391 | | N/A | Date Not Available<br>Goods and Services | | | | $8,010.00 |
| ACCOUNT NO.<br>Cudd Pressure Control, Inc.<br>1300 E. 9th Street<br>Suite 6<br>Edmond, OK 73034 | | N/A | Date Not Available<br>Disputed Claim Matter | X | X | | Unknown |
| ACCOUNT NO. DKW0001<br>D&K Water<br>P.O. Box 1081<br>Elk City, OK 73648 | | N/A | Date Not Available<br>Goods and Services | | | | $2,572.50 |

Sheet no. 11 of 41 continuation sheets attached to  
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal =>  
(Total of this page)

$38,052.16

epiq SYSTEMS debtorMatrix

Provident Royalties LLC
Change Client

Client Home    Claims    Docket    Key Documents

Home*Search Claims

Bookmark this Page

# Search Claims

## Criteria

**Claim Number**

**Creditor Name**: Name Contains — cudd

**Scope**: Claims and schedules

**Schedule Number**

**Amount**: Total Claim Value — Equals

**Claim Date Range**: ___ to ___

**Debtor**

Order By: Creditor Name    Results Per Page: 50

Reset   Search

## Results

Collapse All

[1] Page 1 of 1 - 04 total items

| Claim # | Schedule # | Creditor Name | Date | Total Claim Value | |
|---|---|---|---|---|---|
| | 893000640 | CUDD ENERGY SERVICES<br>P.O. BOX 910283<br>DALLAS, TX 75391<br><br>Debtor: Provident Operating Company LLC | Scheduled Unsecured: | $8,010.00<br>$8,010.00 | No Image |
| | 893000650 | CUDD ENERGY SERVICES<br>CUDD PRESSURE CONTROL, INC.<br>P. O. BOX 910283<br>OKLAHOMA CITY, TX 75391<br><br>Debtor: Provident Operating Company LLC | | Schedule G | No Image |
| | 893000660 | CUDD PRESSURE CONTROL, INC.<br>1300 E. 9TH STREET<br>SUITE 6<br>EDMOND, OK 73034<br><br>Debtor: Provident Operating Company LLC | Scheduled Unsecured:<br><br>Remarks: SCHEDULED UNLIQUIDATED, DISPUTED | $0.00<br>$0.00 | No Image |
| | 912000120 | CUDD PRESSURE CONTROL, INC.<br>1300 E. 9TH STREET<br>SUITE 6<br>EDMOND, OK<br><br>Debtor: Somerset Development, Inc. | Scheduled Unsecured:<br><br>Remarks: SCHEDULED UNLIQUIDATED, DISPUTED | $0.00<br>$0.00 | No Image |

[1] Page 1 of 1 - 04 total items

COMPANY INFORMATION AND SERVICES | FORMS | CORPORATE | HOME | CONTACT | SUBSCRIBE | SITE MAP | DISCLAIMER | TERMS OF USE | PRIVACY STATEMENT | SAFE HARBOR | RSS FEEDS
© Epiq Systems, Inc. All Rights Reserved.

Epiq Bankruptcy Solutions, LLC ("Epiq") maintains this website for the public's convenience. While Epiq makes every attempt to assure the accuracy of the information contained herein, this website is not the website of the United States Bankruptcy Court and does not contain the complete, official record of the Bankruptcy Court. All documents filed with the Bankruptcy Court are available for inspection at the office of the Clerk of the Bankruptcy Court during its normal business hours or online on the Bankruptcy Court's website. Use of this website is also subject to our TERMS OF USE and END USER LICENSE AGREEMENT. Please review our PRIVACY STATEMENT for additional information regarding the data maintained on this website.