# UNITED STATES BANKRUPTCY COURT
The Northern District of Texas (Dallas Division)

In re: **Provident Royalties, LLC, ET AL.,**  Case No. 09-33886

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(1), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| **SONAR CREDIT PARTNERS, LLC** | **Red Man Distributors, LLC** |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

**SONAR CREDIT PARTNERS, LLC**
**200 BUSINESS PARK DRIVE, SUITE 201**
**ARMONK, NY 10504**

Phone: **(914) 730-1005**
Last Four Digits of Acct #: N/A

Court Claim # (if known):
Amount of Claim: **$63,620.09**
Date Claim Filed: N/A

Phone: (918) 461-5220
Last Four Digits of Acct. #: N/A

Name and Address where transferee payments should be sent (if different from above):

Name and Current Address of Transferor:

Red Man Distributors, LLC
P.O. Box 35632
Tulsa, OK 74153

Phone: N/A
Last Four Digits of Acct #: N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief:

By: /s/Michael Goldberg            Date: 5/18/2010
    Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.



**SONAR CREDIT PARTNERS, LLC**

EXHIBIT B

## EVIDENCE OF TRANSFER OF CLAIM

TO: United States Bankruptcy Court ("Bankruptcy Court")
for the Northern District of Texas (Dallas Division)
Attn: Clerk

AND TO: Provident Operating Company, LLC ("Debtor")
Case No. 09-33893 (Jointly Administered under Provident Royalties, LLC, Case No. 09-33886)

Schedule #893001820
**Red Man Distributors, LLC**, its successors and assigns ("Assignor"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

**SONAR CREDIT PARTNERS, LLC**
200 Business Park Drive
Suite 201
Armonk, NY 10504
Attn: Michael Goldberg
Phone: (914) 730-1005

its successors and assigns ("Assignee"), all rights, title and interest in and to the claim of Assignor, including all rights of stoppage in transit, replevin and reclamation, in the principal amount of $63,620.09 ("Claim") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges, understands and agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claim and recognizing the Assignee as the sole owner and holder of the Claim. You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Assignee.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated May 14, 2010.

ASSIGNOR

By: _Amy Rinner_
Name: Amy Rinner
Title: Director of Credit
Date: 5-14-10

ASSIGNEE

By: _Michael Goldberg_
Name: Michael Goldberg
Title: Managing Member
Date: 5-18-10

| Creditor Name | Source | Allowed Amount* |
|---|---|---|
| Liquidity Solutions Inc. as Assignee of Terra Renewal | Proof of Claim | $80,451.92 |
| Longview Production | Scheduled Amount | $868.30 |
| Loyce Youngblood | Scheduled Amount | $369.00 |
| McCall, Alden | Proof of Claim | $150,000.02 |
| McShan Florist | Scheduled Amount | $63.33 |
| Mee Mee Hoge & Epperson | Scheduled Amount | $7,250.00 |
| Midcon Data Services | Scheduled Amount | $856.25 |
| Milbank Real Estate Service | Scheduled Amount | $5,330.98 |
| Murex Petroleum Corporation | Proof of Claim | $3,749.39 |
| Murphy, Mahon Keffler | Scheduled Amount | $25,093.03 |
| Mustang Fuel Corporation | Scheduled Amount | $639.10 |
| National Oilwell Varco LP dba Hendershot | Proof of Claim | $3,107.00 |
| Ozarka Water | Scheduled Amount | $351.11 |
| P2 Energy Solutions | Scheduled Amount | $1,239.88 |
| Pangea, Inc. | Scheduled Amount | $945.00 |
| Pfanestiel Company, L.L.C., The | Proof of Claim | $21,141.72 |
| Pitney Bowes Inc. | Scheduled Amount | $1,037.98 |
| Pitney Bowes Global Financial Services | Proof of Claim | $16,557.21 |
| Prism Ventures | Scheduled Amount | $384.19 |
| R&T Steamers | Scheduled Amount | $4,200.00 |
| Red Man Distributors, LLC | Scheduled Amount | $63,620.09 |
| Regency Office & Promotional | Scheduled Amount | $162.10 |
| Reserve Management | Scheduled Amount | $1,358.84 |
| Rig Data | Scheduled Amount | $146.57 |
| Royal General Contractors | Scheduled Amount | $509.10 |
| Seismic Imaging Solutions Company, LLC | Proof of Claim | $10,000.00 |
| Sheri Charles | Scheduled Amount | $386.45 |
| Simons Petroleum, Inc. | Proof of Claim | $100,752.40 |
| Stallion Oilfield Services | Proof of Claim | $13,600.00 |
| Staples Business Advantage | Scheduled Amount | $2,609.64 |
| Sunrise Oilfield Services, LLC | Proof of Claim | $8,490.00 |
| Superior One Transportation | Scheduled Amount | $79.25 |
| Superior One Transportation | Scheduled Amount | $1,056.00 |
| Thomson West | Scheduled Amount | $842.13 |
| Tim's Trucking, LLC | Scheduled Amount | $412.00 |
| Top Dollar Lease & Mineral Auctions, LLC | Proof of Claim | $16,250.00 |
| Topographic Land Surveyors of Oklahoma | Proof of Claim | $4,512.00 |
| US Technologists | Scheduled Amount | $20.04 |
| Verizon Wireless | Proof of Claim | $1,035.49 |
| Visual Aid Designs | Scheduled Amount | $7,320.42 |
| Weatherford US, LP | Proof of Claim | $18,280.78 |
| Webex Communications, Inc. | Scheduled Amount | $2,137.68 |
| Wells Fargo Financial Leasing, Inc. | Proof of Claim | $8,402.00 |
| Westmore Drilling Corp. | Scheduled Amount | $13,446.36 |
| Whitmar Exploration | Scheduled Amount | $3,924.04 |
| | Total: | $2,913,700.78 |

* All allowed amount reflect those amounts owed as of the Petition Date.

In re: Provident Operating Company, LLC  
Debtor

Case No. 09-33893  
(if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. RED0016<br>Red Man Distributors, LLC<br>P.O. Box 849784<br>Dallas, , TX | | N/A | Date Not Available<br>Goods and Services | | | | $63,620.09 |
| ACCOUNT NO. RES0004<br>Reserve Management<br>P.O. Box 1151<br>Jenks, OK 74037 | | N/A | Date Not Available<br>Goods and Services | | | | $1,358.84 |
| ACCOUNT NO. ROB0006<br>Roberson Oil Company<br>201 E. Cottage,<br>P.O. Box 8<br>Ada, OK | | N/A | Date Not Available<br>Goods and Services | | | | $406.47 |
| ACCOUNT NO.<br>Rush Industries<br>P.O. Box 699<br>Watonga, OK 73772 | | N/A | Date Not Available<br>Disputed Claim Matter | | X | X | Unknown |
| ACCOUNT NO. RUS0009/10<br>Rush Industries<br>501 S. 22nd Street<br>Chickasha, OK 73018 | | N/A | Date Not Available<br>Goods and Services | | | | $16,373.07 |

Sheet no. 28 of 41 continuation sheets attached to  
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal => $81,758.47  
(Total of this page)

Claim Question? Call: 646 282 2400

Guest

**epiq** SYSTEMS debtorMatrix

PROVIDENT
Provident Royalties LLC
Change Client

Client Home    Claims    Docket    Key Documents

Home \* Search Claims

Bookmark this Page

# Search Claims

### Criteria

| Claim Number | Creditor Name | | Scope |
|---|---|---|---|
| | Name Starts With | red man | Claims and schedules |

| Schedule Number | Amount | | |
|---|---|---|---|
| | Total Claim Value | Equals | |

Claim Date Range: ____ to ____

Debtor:

Order By: Creditor Name     Results Per Page: 50

Reset   Search

### Results

Collapse All

[1] Page 1 of 1 - 02 total items

| Claim # | Schedule # | Creditor Name | Date | Total Claim Value | |
|---|---|---|---|---|---|
| | 893001820 | RED MAN DISTRIBUTORS, LLC<br>P.O. BOX 849784<br>DALLAS, TX<br><br>Debtor: Provident Operating Company LLC | Scheduled Unsecured: | $63,620.09<br>$63,620.09 | No Image |
| | 893001830 | REDMAN DISTRIBUTORS, LLC<br>P. O. BOX 849784<br>DALLAS, TX 75248<br><br>Debtor: Provident Operating Company LLC | | Schedule G | No Image |

[1] Page 1 of 1 - 02 total items

COMPANY INFORMATION AND SERVICES | FORMS | CORPORATE | HOME | CONTACT | SUBSCRIBE | SITE MAP | DISCLAIMER | TERMS OF USE | PRIVACY STATEMENT | SAFE HARBOR | RSS FEEDS
© Epiq Systems, Inc. All Rights Reserved.

Epiq Bankruptcy Solutions, LLC ("Epiq") maintains this website for the public's convenience. While Epiq makes every attempt to assure the accuracy of the information contained herein, this website is not the website of the United States Bankruptcy Court and does not contain the complete, official record of the Bankruptcy Court. All documents filed with the Bankruptcy Court are available for inspection at the office of the Clerk of the Bankruptcy Court during its normal business hours or online on the Bankruptcy Court's website. Use of this website is also subject to our TERMS OF USE and END USER LICENSE AGREEMENT. Please review our PRIVACY STATEMENT for additional information regarding the data maintained on this website.