# UNITED STATES BANKRUPTCY COURT

Northern District of Texas (Dallas Division)

In re: **Provident Royalties, LLC, ET AL.,**                Case No. 09-33886

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(1), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| **SONAR CREDIT PARTNERS, LLC** | **Barton Land Consultants, Inc.** |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

**SONAR CREDIT PARTNERS, LLC
200 BUSINESS PARK DRIVE, SUITE 201
ARMONK, NY 10504**

Phone: **(914) 730-1005**
Last Four Digits of Acct #: N/A

Name and Address where transferee payments should be sent (if different from above):

Phone: N/A
Last Four Digits of Acct #: N/A

Court Claim # (if known):
Amount of Claim: **$11,380.42**
Date Claim Filed: N/A

Phone: (580) 475-0234
Last Four Digits of Acct. #: N/A

Name and Current Address of Transferor:

Barton Land Consultants
PO Box 771
Duncan, OK 73534-0771

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief:

By: /s/Michael Goldberg                    Date: 6/4/2010
      Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# sonar

SONAR CREDIT PARTNERS, LLC

EXHIBIT B

## EVIDENCE OF TRANSFER OF CLAIM

TO:    United States Bankruptcy Court ("Bankruptcy Court")
for the Northern District of Texas (Dallas Division)
Attn: Clerk

AND TO:    Provident Royalties, LLC ("Debtor")
Case No. 09-33886

Schedule #886000190

**Barton Land Consultants, Inc.**, its successors and assigns ("Assignor"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

**SONAR CREDIT PARTNERS, LLC**
200 Business Park Drive
Suite 201
Armonk, NY 10504
Attn: Michael Goldberg
Phone: (914) 730-1005

its successors and assigns ("Assignee"), all rights, title and interest in and to the claim of Assignor, including all rights of stoppage in transit, replevin and reclamation, in the principal amount of $11,380.42 ("Claim") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges, understands and agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claim and recognizing the Assignee as the sole owner and holder of the Claim. You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Assignee.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated June 3, 2010.

| ASSIGNOR | ASSIGNEE |
|---|---|
| By: [signature] | By: [signature] |
| Name: Brent Barton | Name: Michael Goldberg |
| Title: President | Title: Managing Member |
| Date: 6/3/10 | Date: 6/3/10 |

In re: Provident Royalties, LLC                                                                         Case No. 09-33886
         Debtor                                                                                                (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Baker Hughes Oilfield Operations, Inc.<br>15355 VANTAGE PARKWAY WEST<br>SUITE 300<br>HOUSTON, TX 77032 | | N/A | Date Not Available<br>Disputed Claim Matter | | X | X | Unknown |
| ACCOUNT NO.  BAR0020<br>Barton Land Consultants<br>811 West Main<br>Duncan, , OK 73534 | | N/A | Date Not Available<br>Goods and Services | | | | $11,380.42 |
| ACCOUNT NO.<br>Barton Land Consulting Inc.<br>PO BOX 771<br>DUNCAN, OK 73534-0771 | | N/A | Date Not Available<br>Disputed Claim Matter | | X | X | Unknown |
| ACCOUNT NO.<br>BBH PROVIDENT PARTNERS,LP<br>16660 DALLAS PARKWAY<br>SUITE 2200<br>DALLAS, TX 75248 | | N/A | Date Not Available<br>unknown | | | x | $950.00 |
| ACCOUNT NO.<br>BJ Services Company, USA<br>17171 Park Row<br>Suite 350<br>Houston, TX 77084 | | N/A | Date Not Available<br>Disputed Claim Matter | | X | X | Unknown |

Sheet no. 4 of 25 continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal =>
(Total of this page)                $12,330.42

Claim Question? Call: 646 282 2400 | Guest

epiq systems  debtorMatrix | PROVIDENT | Provident Royalties LLC
Change Client

**Client Home** | **Claims** | **Docket** | **Key Documents**

Home » Search Claims | Bookmark this Page

## Search Claims

**Criteria**

| Claim Number | Creditor Name | | Scope |
|---|---|---|---|
| | Name Starts With | barton | Claims and schedules |

| Schedule Number | Amount | | |
|---|---|---|---|
| | Total Claim Value | Equals | |

Claim Date Range: ___ to ___

Debtor:

Order By: Creditor Name | Results Per Page: 50

**Results**

Collapse All

[1] Page 1 of 1 - 06 total items

| Claim # | Schedule # | Creditor Name | Date | Total Claim Value | |
|---|---|---|---|---|---|
| | 886000190 | BARTON LAND CONSULTANTS<br>PO BOX 771<br>DUNCAN, OK 73534-0771<br><br>Debtor: Provident Royalties LLC | Scheduled Unsecured: | $11,380.42<br>$11,380.42 | No Image |
| | 893000150 | BARTON LAND CONSULTANTS<br>PO BOX 771<br>DUNCAN, OK 73534-0771<br><br>Debtor: Provident Operating Company LLC | Scheduled Unsecured: | $40,339.05<br>$40,339.05 | No Image |
| | 886000200 | BARTON LAND CONSULTING INC.<br>PO BOX 771<br>DUNCAN, OK 73534-0771<br><br>Debtor: Provident Royalties LLC | Scheduled Unsecured:<br><br>Remarks: SCHEDULED UNLIQUIDATED, DISPUTED | $0.00<br>$0.00 | No Image |
| | 912000030 | BARTON LAND CONSULTING INC.<br>PO BOX 771<br>DUNCAN, OK 73534-0771<br><br>Debtor: Somerset Development, Inc. | Scheduled Unsecured:<br><br>Remarks: SCHEDULED UNLIQUIDATED, DISPUTED | $0.00<br>$0.00 | No Image |
| 5794 | | BARTON, MARY B.<br>235 BENJAMIN DRIVE<br>ATHENS, GA 30606<br><br>Debtor: Provident Royalties LLC | 10/14/2009<br>Claimed Unsecured: | $30,000.00<br>$30,000.00 | Image |
| 5795 | | BARTON, MARY B.<br>235 BENJAMIN DRIVE<br>ATHENS, GA 30606 | 10/14/2009<br>Claimed Unsecured: | $30,000.00<br>$30,000.00 | Image |