NORTHERN DISTRICT OF TEXAS

**ENTERED**

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

## EXHIBIT A

**The following constitutes the ruling of the court and has the force and effect therein described.**

*Harlin DeWayne Hale*

Signed July 20, 2009

**United States Bankruptcy Judge**

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| Provident Royalties, LLC., et al. | § | Case No.       09-33886-HDH-11 |
| | § | |
| | § | (Jointly Administered) |
| | § | |
| DEBTORS | § | CHAPTER 11 |

### ORDER APPROVING APPOINTMENT OF TRUSTEE

This cause comes before the Court upon the Application to Approve Appointment of Chapter 11 Trustee filed by the United States Trustee in the above entitled case. It appearing that Dennis L. Roossien, Jr. was appointed by the United States Trustee after consulting with the appropriate parties-in-interest, that he is qualified under 11 U.S.C. §321(a) to serve as Trustee in this case, and that he has no connection with the United States Trustee or any persons employed by the United States Trustee, it is

ORDERED,  that the appointment of Dennis L. Roossien, Jr. as Trustee in this case be, and is hereby APPROVED.

# end of order #