**EXHIBIT B**

Munsch Hardt Kopf & Harr, P.C.
File No. 004856.00009
Invoice No. 10233041                                                     Page 2 of 8
Matter Description: PROVIDENT - DENNIS ROOSSIEN, TRUSTEE                  March 15, 2010

**FEE DETAIL**

**01   CASE ADMINISTRATION**

| Date | Init | Description | Hours | Amount |
|---|---|---|---|---|
| 2/3/10 | DLR | Confer with Mr. Phelps regarding status and proposed course of action. | 0.50 | $170.00 |
| 2/16/10 | DLR | Preparation for and attend staff meeting regarding all open matters and follow-up discussions with particular team members (4.2); monitor and direct efforts relative to attempting to resolve Fox issue (.2); meeting with SEC regarding status and proposed course of action (.9); confer with Mr. McGee regarding various open issues and direct action (.4); attention to Sinclair settlement (.2). | 5.90 | $2,006.00 |
| 2/17/10 | DLR | Review and direct handling of investor inquiries (.2); review accumulated task list notes and update same (.9); review and direct handling of state securities enforcement inquiry (.1). | 1.20 | $408.00 |
| 2/18/10 | DLR | Assist Ms. Martin in responding to investor inquiries (.2); confer with Mr. Segner regarding status and proposed course of action (.3); review various forensic memos and evaluate relative value of pursuing leads (.7). | 1.20 | $408.00 |
| 2/19/10 | DLR | Review and direct handling of investor correspondence (.1); follow-up on Chesapeake suspense payments issue, determine status, and direct efforts (.1); research IRA issue (.1); provide direction relative to investor inquiry (.1); address document production and preservation issues (.2). | 0.60 | $204.00 |
| 2/23/10 | DLR | Review, execute and return MOR for filing. | 0.10 | $34.00 |
| 2/24/10 | DLR | Handle broker call. | 1.30 | $442.00 |
| 2/25/10 | DLR | Monitor and direct efforts to recover Provident work product from former employee (.1); address misdirected Black Rock pooling order (.4); evaluate appropriate course of action in light of apparent lack of operations at Black Rock (.2). | 0.70 | $238.00 |

Munsch Hardt Kopf & Harr, P.C.
File No. 004856.00009
Invoice No. 10233041
Matter Description: PROVIDENT - DENNIS ROOSSIEN, TRUSTEE

Page 3 of 8
March 15, 2010

**Total For 01** .........................................11.50   **$3,910.00**

## 04   COMMITTEE COMMUNICATIONS

| Date | Init | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 2/24/10 | DLR | Update OIC counsel regarding developments and direct follow-up to provide additional requested information. | 0.20 | $68.00 |

**Total For 04** .........................................0.20   **$68.00**

## 10   ASSET ANALYSIS

| Date | Init | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 2/24/10 | DLR | Review updates on stray oil and gas assets and direct efforts to recover same. | 0.50 | $170.00 |
| 2/26/10 | DLR | Review update regarding issues with records of assets related to Michigan, evaluate alternatives available to recover value relative to same and cost/benefit issues, direct Mr. Garlock and Ms. Clinton regarding same, and correspond with Shale / Black Rock counsel regarding same, monitor and direct follow-up (1.3); review valuation work product regarding de minimus mineral assets to be sold and direct action accordingly (.2). | 1.50 | $510.00 |

**Total For 10** .........................................2.00   **$680.00**

## 11   ASSET SALES / DISPOSITION

| Date | Init | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 2/10/10 | DLR | Attention to sale closing matters. | 0.30 | $102.00 |
| 2/11/10 | DLR | Work through sale logistical issues; execute and return various closing documents. | 0.50 | $170.00 |
| 2/12/10 | DLR | Attention to Devon sale closing. | 0.50 | $170.00 |
| 2/18/10 | DLR | Direct staffing relative to de minimus asset sales. | 0.20 | $68.00 |
| 2/23/10 | DLR | Review and approve proposed de minimus sales protocol. | 0.10 | $34.00 |

Munsch Hardt Kopf & Harr, P.C.
File No. 004856.00009
Invoice No. 10233041
Matter Description: PROVIDENT - DENNIS ROOSSIEN, TRUSTEE

Page 4 of 8
March 15, 2010

| Date | Init | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 2/24/10 | DLR | Review, execute and return amended sale agreement (.1); attention to closing logistics for XTO matter (.1). | 0.20 | $68.00 |
| 2/25/10 | DLR | Attention to XTO closing. | 0.50 | $170.00 |

**Total For 11** ............................................2.30 **$782.00**

## 12  TAX ISSUES

| Date | Init | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 2/2/10 | DLR | Coordinate efforts relative to tax claim. | 0.10 | $34.00 |
| 2/4/10 | DLR | Work with Mr. Shaw relative to tax issues (.4). Direct efforts relative to resolving tax issue (.2). | 0.60 | $204.00 |
| 2/9/10 | DLR | Review memorandum regarding analysis of tax issues and respond to requests for direction on further efforts. | 0.20 | $68.00 |
| 2/16/10 | DLR | Consideration of tax analysis, evaluate options and direct action. | 0.50 | $170.00 |
| 2/18/10 | DLR | Review and comment on tax memo (.5). Review and comment on proposed tax position paper (.2). | 0.70 | $238.00 |

**Total For 12** ............................................2.10 **$714.00**

## 13  CLAIMS ANALYSIS / OBJECTIONS

| Date | Init | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 2/1/10 | DLR | Monitor follow-up and developments with regard to Fox dispute (.1); monitor and direct efforts relative to PFM (.3). | 0.40 | $136.00 |
| 2/5/10 | DLR | Provide direction relative to documentation of Sinclair settlement (.2); monitor efforts relative to fee dispute (.1). Review bank records and memorandum to Mr. DeVoss regarding assistance with claim analysis (.1). | 0.40 | $136.00 |
| 2/10/10 | DLR | Review settlement agreement, confer with Mr. Pannier regarding same, and execute same (.1). Evaluate appropriate handling of Provident claim | 1.20 | $408.00 |

Munsch Hardt Kopf & Harr, P.C.
File No. 004856.00009
Invoice No. 10233041
Matter Description: PROVIDENT - DENNIS ROOSSIEN, TRUSTEE

Page 5 of 8
March 15, 2010

| Date | Init | Description | Hours | Amount |
|------|------|-------------|-------|--------|
|  |  | analysis and direct team members regarding same (1.1). |  |  |
| 2/11/10 | DLR | Review and comment on proposed Sinclair settlement papers (.5); address Fox Rothchild issues and direct action (.3). | 0.80 | $272.00 |
| 2/23/10 | DLR | Provide direction relative to final modifications of Sinclair settlement. | 0.10 | $34.00 |
| 2/24/10 | DLR | Monitor negotiations relative to Foxborough claim. | 0.10 | $34.00 |

**Total For 13**   ...........................................**3.00**    **$1,020.00**

## 15   D & O CLAIMS

| Date | Init | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 2/2/10 | DLR | Discussion with counsel regarding handling of open claims and direct action. | 0.60 | $204.00 |
| 2/4/10 | DLR | Monitor and direct efforts relative to deposition scheduling. | 0.10 | $34.00 |
| 2/10/10 | DLR | Coordinate electronic document management issues. | 0.10 | $34.00 |
| 2/12/10 | DLR | Attention to electronic document production (.2); confer with SEC regarding status and proposed course of action (.2). | 0.40 | $136.00 |
| 2/17/10 | DLR | Coordinate electronic document production to SEC (.3); obtain status update and direct team regarding continuing efforts (.3). | 0.60 | $204.00 |
| 2/18/10 | DLR | Work with SEC regarding document issues (.3); confer with same regarding parallel inquiries (.1); direct follow-up on documents in possession of former employee (.1); respond to SEC inquiries and direct efforts relative to same (.4); confer with SEC regarding results of document review (.6). | 1.50 | $510.00 |
| 2/23/10 | DLR | Review forensic work product and direct continuing efforts. | 0.30 | $102.00 |

Munsch Hardt Kopf & Harr, P.C.
File No. 004856.00009
Invoice No. 10233041
Matter Description: PROVIDENT - DENNIS ROOSSIEN, TRUSTEE

Page 6 of 8
March 15, 2010

Total For 15   ............................................3.60   **$1,224.00**

### 18  BUSINESS OPERATIONS

| Date | Init | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 2/11/10 | DLR | Direct Bridge efforts relative to various matters. | 0.20 | $68.00 |
| 2/19/10 | DLR | Review and approve disbursement request (.1). | 0.10 | $34.00 |
| 2/25/10 | DLR | Review and approve disbursement request. | 0.10 | $34.00 |

Total For 18   ............................................0.40   **$136.00**

### 19  DISCLOSURE STATEMENT / PLAN OF REORGANIZATION

| Date | Init | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 2/2/10 | DLR | Meetings with involved parties and discussions with counsel to work through issues relative to the proposed plan and cooperative efforts to prepare for transition. | 3.50 | $1,190.00 |
| 2/8/10 | DLR | Receive update on plan negotiations. | 0.10 | $34.00 |
| 2/23/10 | DLR | Monitor plan negotiations. | 0.10 | $34.00 |
| 2/25/10 | DLR | Confer with Mr. Lippman regarding proposed course of action relative to plan. | 0.10 | $34.00 |

Total For 19   ............................................3.80   **$1,292.00**

### 22  BLIMLINE

| Date | Init | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 2/1/10 | DLR | Preparation for witness interview. | 0.60 | $204.00 |
| 2/2/10 | DLR | Preparation for and attend witness interview and discussion with key team members regarding same. | 2.50 | $850.00 |
| 2/19/10 | DLR | Review expert report regarding value of asset transferred to Provident; update SEC regarding same; direct follow-up efforts. | 0.40 | $136.00 |

Total For 22   ............................................3.50   **$1,190.00**

Munsch Hardt Kopf & Harr, P.C.
File No. 004856.00009
Invoice No. 10233041
Matter Description: PROVIDENT - DENNIS ROOSSIEN, TRUSTEE

Page 7 of 8
March 15, 2010

Total Hours: .......................................................................32.40

Total Fees: ...............................................................$11,016.00

### TIMEKEEPER SUMMARY

| Title | Timekeeper Name | Init | Rate | Hours | Total |
|-------|-----------------|------|------|-------|-------|
| Shareholder | Roossien, Dennis | DLR | 340.00 | 32.40 | $11,016.00 |
| | | | Total | 32.40 | $11,016.00 |

### DISBURSEMENTS SUMMARY

Long Distance ..............................................................................$2.07

**Total Disbursements:**                                      **$2.07**

Munsch Hardt Kopf & Harr, P.C.
File No. 004856.00009
Invoice No. 10234602
Matter Description: PROVIDENT - DENNIS ROOSSIEN, TRUSTEE

## FEE DETAIL

## 01 CASE ADMINISTRATION

| Date | Init | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 3/1/10 | DLR | Review and consider appropriate handling of enforcement inquiry (.2); review update regarding Melbye status (.1); monitor developments relative to various efforts (.4); review update from Ms. Clinton regarding efforts to cooperate in the preservation of Shale Entity assets (.1); telephone conference with Mr. Powers regarding same and issues raised by potential litigants relative to yet another bankruptcy filing (.5); direct team efforts in light of developments (.3); confer further with Mr. Powers (.2). | 1.80 | $612.00 |
| 3/2/10 | DLR | Review accumulated key documents and notes and update task list (.7); respond to broker inquiry (.5). | 1.20 | $408.00 |
| 3/3/10 | DLR | Review and direct handling of broker inquiry. | 0.10 | $34.00 |
| 3/4/10 | DLR | Preparation for meeting with federal investigator and attend same (1.7); respond to SEC regarding request for assistance and coordinate with team relative same (.1); receive update and provide direction relative to latest Consul issues (.5). | 2.30 | $782.00 |
| 3/5/10 | DLR | Review and approved funding request. | 0.10 | $34.00 |
| 3/9/10 | DLR | Direct handling of electronic evidence (.1); review and direct handling of investor inquiries (.7); arrange for document inspection (.1); review and comment on draft letter to operators (.1). | 1.00 | $340.00 |
| 3/10/10 | DLR | Attention to handling of electronic documents (.1). Review and direct handling of notice to investors where IRA service was being terminated (.1). | 0.20 | $68.00 |
| 3/15/10 | DLR | Review and forward various investor correspondence with instructions for handling (.1); review and forward o/g statements (.1); review update regarding Sinclair settlement (.1); direct handling of government inquiry (.1); monitor follow-up on obtaining third-party | 0.90 | $306.00 |

Munsch Hardt Kopf & Harr, P.C.
File No. 004856.00009
Invoice No. 10234602
Matter Description: PROVIDENT - DENNIS ROOSSIEN, TRUSTEE

| Date | Init | Description | Hours | Amount |
|---|---|---|---|---|
| | | documents (.1); attention to franchise taxes (.1); review and revise website (.2); review and approve handling of plan notices (.1). | | |
| 3/16/10 | DLR | Review and direct handling of investor and creditor inquiries. | 0.30 | $102.00 |
| 3/17/10 | DLR | Review and approve disbursement request. | 0.10 | $34.00 |
| 3/18/10 | DLR | Direct handling of document request (.2); monitor developments relative to Foxborough resolution (.2); confer with SEC regarding witness interview (.1); confer with FINRA regarding various issues (.7); address inquiries arising from FINRA press release (.2); confer with Mr. McGee regarding witness interview (.2); review and approve disbursement request (.1). | 1.70 | $578.00 |
| 3/19/10 | DLR | Confer with Mr. Phelps regarding status and proposed course of action. | 0.60 | $204.00 |
| 3/22/10 | DLR | Review update regarding hearing and orders (.1); confer with Mr. Lippman regarding status and proposed course of action (.2). | 0.30 | $102.00 |
| 3/25/10 | DLR | Review and direct handling of various investor and third-party inquiries. | 0.30 | $102.00 |
| 3/26/10 | DLR | Review and approved funding request (.1); investigate fee claim (.4); review and respond to investor inquiry (.2); confer with Mr. Garlock regarding various issues and resolve course of action to be taken (1); follow-up and direct Mr. Pannier regarding various points (.2). | 1.90 | $646.00 |
| 3/29/10 | DLR | Respond to investor inquiries. | 0.40 | $136.00 |
| 3/30/10 | DLR | Review and direct handling of investor correspondence. | 0.10 | $34.00 |

**Total For 01** ...........................................13.30    **$4,522.00**

## 04  COMMITTEE COMMUNICATIONS

| Date | Init | Description | Hours | Amount |
|---|---|---|---|---|
| 3/1/10 | DLR | Review inquiries from OIC and respond to same. | 0.10 | $34.00 |

Munsch Hardt Kopf & Harr, P.C.
File No. 004856.00009
Invoice No. 10234602
Matter Description: PROVIDENT - DENNIS ROOSSIEN, TRUSTEE

| Date | Init | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 3/2/10 | DLR | Review inquiries from OIC and respond to same (.1); follow-up on issue raised by OIC and obtain answer for same (.2). | 0.30 | $102.00 |
| 3/9/10 | DLR | Update OIC regarding investor inquiries as to plan and discuss handling of same. | 0.70 | $238.00 |
| 3/17/10 | DLR | Update OIC regarding nature of investor response to plan disclosure. | 0.10 | $34.00 |
| 3/19/10 | DLR | Attention to issue with purchaser of oil/gas (.1); confer with Mr. Lippman regarding handling of inquiries from UCC (.2); telephone conference with OIC counsel regarding various issues (.2). | 0.50 | $170.00 |
| 3/23/10 | DLR | Assist preparation for informational meeting with OIC counsel. | 0.30 | $102.00 |
| 3/24/10 | DLR | Confer with OIC counsel regarding plan issue. | 0.10 | $34.00 |

**Total For 04** ...........................................2.10    $714.00

## 11   ASSET SALES / DISPOSITION

| Date | Init | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 3/1/10 | DLR | Review, execute and return XTO documents. | 0.10 | $34.00 |
| 3/3/10 | DLR | Follow-up to determine status of lease sale efforts; review and consider update; memorandum to Mr. Garlock regarding same. | 0.20 | $68.00 |
| 3/4/10 | DLR | Review and forward inquiry from potential asset buyer. | 0.10 | $34.00 |
| 3/5/10 | DLR | Confer with Mr. Pannier regarding sale of additional leasees. | 0.10 | $34.00 |
| 3/9/10 | DLR | Coordinate with Ms. Patrick regarding supplemental transfer documents for Devon. | 0.10 | $34.00 |
| 3/11/10 | DLR | Review and execute various transfer documents. | 0.50 | $170.00 |
| 3/16/10 | DLR | Review and direct handling of inquiry from party interested in purchasing receivership assets. | 0.10 | $34.00 |
| 3/17/10 | DLR | Review and approve Consul clarification. | 0.10 | $34.00 |
| 3/18/10 | DLR | Monitor and direct sale efforts. | 0.20 | $68.00 |

Munsch Hardt Kopf & Harr, P.C.
File No. 004856.00009
Invoice No. 10234602
Matter Description: PROVIDENT - DENNIS ROOSSIEN, TRUSTEE

**Total For 11** ...........................................1.50    $510.00

## 12  TAX ISSUES

| Date | Init | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 3/10/10 | DLR | Review update regarding tax claim developments. | 0.10 | $34.00 |

**Total For 12** ...........................................0.10    $34.00

## 13  CLAIMS ANALYSIS / OBJECTIONS

| Date | Init | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 3/2/10 | DLR | Determine status of PFM claim and direct efforts. | 0.30 | $102.00 |
| 3/3/10 | DLR | Monitor and direct efforts relative to completing PFM complaint. | 0.20 | $68.00 |
| 3/4/10 | DLR | Review update regarding HC claim. | 0.10 | $34.00 |
| 3/5/10 | DLR | Monitor and direct efforts relative to PFM. | 0.50 | $170.00 |
| 3/9/10 | DLR | Review and revise show cause motion. | 0.40 | $136.00 |
| 3/10/10 | DLR | Review and approve proposed claims settlement. | 0.10 | $34.00 |
| 3/17/10 | DLR | Review memorandum regarding PFM update. | 0.10 | $34.00 |
| 3/19/10 | DLR | Address potential late claim. | 0.40 | $136.00 |
| 3/26/10 | DLR | Confer with Mr. McGee regarding PFM claims and proposed course of action (1); evaluate appropriate course of action in light of developments (.3). Consider proposed claim resolution and approve same (.1). | 1.40 | $476.00 |
| 3/29/10 | DLR | Monitor follow-up on claim settlement. | 0.10 | $34.00 |
| 3/30/10 | DLR | Confer with Mr. McGee regarding course of action to be taken with regard to PFM claim in light of comments of OIC. | 0.40 | $136.00 |
| 3/31/10 | DLR | Confer with Mr. McGee regarding developments relative to PFM (.2); confer with Mr. Wielebinski regarding status of efforts to determine insurance status, discussions to date with OIC regarding claim, and appropriate course of action to be taken (.2); update Mr. McGee regarding | 0.60 | $204.00 |

Munsch Hardt Kopf & Harr, P.C.
File No. 004856.00009
Invoice No. 10234602
Matter Description: PROVIDENT - DENNIS ROOSSIEN, TRUSTEE

Page 6 of 11
April 21, 2010

| Date | Init | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| | | insurance report and direct action to conduct due diligence regarding same (.1); monitor follow-up on open issues (.1). | | |

**Total For 13**   ............................................4.60   $1,564.00

## 15  D & O CLAIMS

| Date | Init | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 3/2/10 | DLR | Investigate certain leads and prepare memoranda regarding same (.3); determine status of efforts relative to completion of pleadings and direct efforts (.5). | 0.80 | $272.00 |
| 3/4/10 | DLR | Confer with Mr. McGee regarding status and proposed course of action regarding d&o claims (.2); evaluate asset recovery potential relative to same (.3). | 0.50 | $170.00 |
| 3/5/10 | DLR | Review accounting records to evaluate further needs for forensic accounting, if any (.9); confer with Mr. McGee regarding status and proposed course of action (.2). | 1.10 | $374.00 |
| 3/10/10 | DLR | Attend document inspection (1.2); review and forward deposition notice with instructions (.2). | 1.40 | $476.00 |
| 3/11/10 | DLR | Confer with Mr. McGee regarding results of Melbye interview (.1); confer with SEC regarding same (.2). | 0.30 | $102.00 |
| 3/15/10 | DLR | Receive further update regarding investigation. | 0.30 | $102.00 |
| 3/16/10 | DLR | Monitor and direct efforts relative witness interview. | 0.20 | $68.00 |
| 3/17/10 | DLR | Review accumulated key documents and consult with forensic team members regarding certain issues. | 4.50 | $1,530.00 |
| 3/18/10 | DLR | Continue review of assembled key documents. | 2.00 | $680.00 |
| 3/19/10 | DLR | Coordinate with counsel regarding witness interview (.1); request information on well election issue, receive and review report, and request further documentation (.3). | 0.40 | $136.00 |

Munsch Hardt Kopf & Harr, P.C.
File No. 004856.00009
Invoice No. 10234602
Matter Description: PROVIDENT - DENNIS ROOSSIEN, TRUSTEE

| Date | Init | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 3/22/10 | DLR | Review accumulated key documents and preparation for witness interview. | 6.30 | $2,142.00 |
| 3/23/10 | DLR | Continue review of accumulated documents, obtain additional background from certain team members, and preparation for witness interview. | 7.80 | $2,652.00 |
| 3/24/10 | DLR | Continue preparation for witness interview and review of accumulated documents. | 1.70 | $578.00 |
| 3/25/10 | DLR | Continue preparation for interview and attend same. | 8.00 | $2,720.00 |
| 3/26/10 | DLR | Confer with SEC regarding status and proposed course of action (.5); confer with counsel regarding appropriate course of action in light of witness interview (.7). | 1.20 | $408.00 |
| 3/29/10 | DLR | Address fee request. | 0.30 | $102.00 |
| 3/30/10 | DLR | Work through additional issues relative to insurance reimbursement procedures and amounts (.2); Discussion with Mr. McGee regarding status and proposed course of action (.5). | 0.70 | $238.00 |
| 3/31/10 | DLR | Follow-up with Melbye counsel regarding settlement and propose course of action relative to same (.5); work with Mr. McGee to develop strategy going forward in light of developments and direct preparation for further discussions with Melbye counsel (.5); update SEC regarding developments (.1); direct preparation of PPM materials and chart (.2); review purported agreed motion and follow-up with counsel regarding same (.2). | 1.50 | $510.00 |

Total For 15 ..........................................39.00  $13,260.00

## 18  BUSINESS OPERATIONS

| Date | Init | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 3/8/10 | DLR | Consideration of staffing and transition issues. | 0.20 | $68.00 |
| 3/15/10 | DLR | Review and direct investigation of proposal to maximize value of leases. | 0.90 | $306.00 |

Munsch Hardt Kopf & Harr, P.C.
File No. 004856.00009
Invoice No. 10234602
Matter Description: PROVIDENT - DENNIS ROOSSIEN, TRUSTEE

Page 8 of 11
April 21, 2010

| Date | Init | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 3/16/10 | DLR | Review and address OCC issues with assigned properties. | 0.90 | $306.00 |
| 3/17/10 | DLR | Continue to direct investigation into highest and best use of certain leases; work to develop additional background to assist analysis. | 1.00 | $340.00 |
| 3/18/10 | DLR | Monitor and direct efforts to evaluate certain leases (.2); work through staffing issues (.7). | 0.90 | $306.00 |
| 3/19/10 | DLR | Continue to monitor and direct efforts to investigate lease valuation and appropriate course of action to be taken relative to same. | 2.40 | $816.00 |
| 3/24/10 | DLR | Continue to monitor and direct analysis of leases. | 0.50 | $170.00 |
| 3/26/10 | DLR | Manage efforts relative to lease investigation. | 0.20 | $68.00 |
| 3/29/10 | DLR | Evaluate appropriate course of action to be taken with regard to leases. | 0.20 | $68.00 |
| 3/31/10 | DLR | Review and consider further report and recommendations regarding leases. | 0.70 | $238.00 |

Total For 18 ...........................................7.90   $2,686.00

## 19   DISCLOSURE STATEMENT / PLAN OF REORGANIZATION

| Date | Init | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 3/2/10 | DLR | Address updating of addresses and equity positions in anticipation of plan solicitation (.2); update OIC regarding proposed course of action and seek comments (.1). | 0.30 | $102.00 |
| 3/8/10 | DLR | Review investor inquiry regarding plan and develop protocol for handling investor inquiries relative to plan. | 1.20 | $408.00 |
| 3/10/10 | DLR | Review update regarding third-party inquiry relative to plan and direct follow-up to handle same. | 0.10 | $34.00 |
| 3/16/10 | DLR | Monitor developments relative to completion of trust documents (.1); confer with Mr. Lippman regarding proposed alteration to opt out provision (.2). | 0.30 | $102.00 |

Munsch Hardt Kopf & Harr, P.C.
File No. 004856.00009
Invoice No. 10234602
Matter Description: PROVIDENT - DENNIS ROOSSIEN, TRUSTEE

Page 9 of 11
April 21, 2010

| Date | Init | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 3/17/10 | DLR | Review update regarding investor responses to plan disclosure. | 0.10 | $34.00 |
| 3/24/10 | DLR | Confer with Mr. Lippman regarding plan issue (.1); review update regarding objections (.1). | 0.20 | $68.00 |
| 3/25/10 | DLR | Review update regarding objection to disclosure statement and direct action relative to same. | 0.10 | $34.00 |
| 3/26/10 | DLR | Preparation for disclosure statement hearing (.4); work on resolving plan objection (.3); confer with SEC regarding disclosure statement and position (.2); update counsel regarding same (.1). | 1.00 | $340.00 |
| 3/29/10 | DLR | Attention to objections and negotiations relative to proposed disclosure statement (.3); prepare plan insert regarding contested definition (.9); assemble and forward exhibits relative to same (.2); further preparation for hearing (1.7); confirm address updates in place for plan solicitation (.1). | 3.20 | $1,088.00 |
| 3/30/10 | DLR | Preparation for and attend disclosure hearing and address related issues before and after hearing. | 6.10 | $2,074.00 |
| 3/31/10 | DLR | Direct handling of investor inquiries regarding disclosure statement hearing. | 0.10 | $34.00 |

**Total For 19** ...........................................12.70   **$4,318.00**

**Total Hours:** ..................................................................**81.20**

**Total Fees:** .............................................................**$27,608.00**

## TIMEKEEPER SUMMARY

| Title | Timekeeper Name | Init | Rate | Hours | Total |
|-------|-----------------|------|------|-------|-------|
| Shareholder | Roossien, Dennis | DLR | 340.00 | 81.20 | $27,608.00 |
| | | | Total | 81.20 | $27,608.00 |

Munsch Hardt Kopf & Harr, P.C.
File No. 004856.00009
Invoice No. 10234602
Matter Description: PROVIDENT - DENNIS ROOSSIEN, TRUSTEE

Page 10 of 11
April 21, 2010

## DISBURSEMENTS SUMMARY

Long Distance ............................................................................$11.20

**Total Disbursements:**                                   **$11.20**

Munsch Hardt Kopf & Harr, 1
File No. 004856.00009
Invoice No. 10235833
Matter Description: PROVIDENT - DENNIS ROOSSIEN, TRUSTEE

## FEE DETAIL

### 01  CASE ADMINISTRATION

| Date | Init | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 4/1/10 | DLR | Respond to inquiries from authorities. | 0.40 | $136.00 |
| 4/2/10 | DLR | Respond to inquiry from authorities for documents. | 0.20 | $68.00 |
| 4/5/10 | DLR | Review and respond and/or direct response to broker and investor inquiries. | 0.20 | $68.00 |
| 4/6/10 | DLR | Review and direct handling of broker inquiry (.1); confer with Mr. Garlock regarding operational issues and direct efforts (.4); confer with Mr. Segner regarding current operational issues and resolve courses of action to be pursued (.7); review and direct handling of investor inquiry (.1); review updates and manage team efforts (.3). | 1.60 | $544.00 |
| 4/8/10 | DLR | Review correspondence from Metzler and consideration of appropriate course of action to be taken relative to Michigan. | 0.20 | $68.00 |
| 4/9/10 | DLR | Review and approve funding request (.1); review and execute release letter (.1). | 0.20 | $68.00 |
| 4/13/10 | DLR | Confer with Mr. Pannier regarding attendance at Foxborough hearing (.1); review and respond to RJ inquiry (.1); respond to FINRA document inquiry (.4). | 0.60 | $204.00 |
| 4/15/10 | DLR | Review and approve Sinclair funding request (.1); work on responding to document request and establishment of document production room (.4). | 0.50 | $170.00 |
| 4/16/10 | DLR | Review, execute and return Sinclair assignment (.1); monitor developments relative to closing and evaluate appropriate next steps relative to collection of debt (.2); telephone conference with SEC regarding status and proposed course of action (.7); research company ownership structure issue and respond to inquiry regarding same (1.9). | 2.90 | $986.00 |
| 4/19/10 | DLR | Respond to document request. | 0.10 | $34.00 |
| 4/20/10 | DLR | Confer with Mr. Phelps regarding status and | 0.80 | $272.00 |

Munsch Hardt Kopf & Harr, P
File No. 004856.00009
Invoice No. 10235833
Matter Description: PROVIDENT - DENNIS ROOSSIEN, TRUSTEE

Page 3 of 11
May 19, 2010

| Date | Init | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| | | proposed course of action (.6). Assist Ms. Martin in responding to third-party inquiry (.2). | | |
| 4/21/10 | DLR | Review, execute and return MOR (.2); confer with Mr. Segner regarding status and proposed course of action (.4). | 0.60 | $204.00 |
| 4/22/10 | DLR | Review and approve funding requests (.1); review and direct handling of third-party inquiries (.3). | 0.40 | $136.00 |
| 4/23/10 | DLR | Continue to provide direction relative to establishing long-term document production room (.5); continue to work on accommodating defense discovery request and update counsel regarding efforts (.2). | 0.70 | $238.00 |
| 4/26/10 | DLR | Attention to production and preservation of documents. | 0.80 | $272.00 |
| 4/27/10 | DLR | Review and direct handling of investor inquiries. | 0.10 | $34.00 |
| 4/30/10 | DLR | Review and approve weekly disbursements. | 0.10 | $34.00 |

**Total For 01** ..........................................10.40    **$3,536.00**

## 04   COMMITTEE COMMUNICATIONS

| Date | Init | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 4/1/10 | DLR | Coordinate efforts to address OIC inquiries. | 0.20 | $68.00 |
| 4/5/10 | DLR | Update OIC counsel regarding PFM developments and work with same on scheduling follow-up conference. | 0.10 | $34.00 |
| 4/7/10 | DLR | Meeting with OIC regarding litigation matters and appropriate handling and transition of pending claims. | 5.00 | $1,700.00 |
| 4/16/10 | DLR | Preparation for OIC call (.2); attend same (.6). | 0.80 | $272.00 |
| 4/19/10 | DLR | Preparation for and attend call with committees regarding supplement to disclosure statement. | 0.80 | $272.00 |

**Total For 04** ..........................................6.90    **$2,346.00**

## 11   ASSET SALES / DISPOSITION

Munsch Hardt Kopf & Harr, I
File No. 004856.00009
Invoice No. 10235833
Matter Description: PROVIDENT - DENNIS ROOSSIEN, TRUSTEE

Page 4 of 11
May 19, 2010

| Date | Init | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 4/9/10 | DLR | Confer with Mr. Stapp regarding potential asset sale (.5); confer with Mr. DeVoss regarding potential alternate bidder (.1); research title correction and direct inclusion of correct title in marketing of lease (.1). | 0.70 | $238.00 |
| 4/12/10 | DLR | Review updates regarding potential additional interested party in purchasing lease interests (.2); review, execute and return documents relative to sale of well interests (.1). | 0.30 | $102.00 |
| 4/13/10 | DLR | Receive update on further alternative proposal as to disposition of Somerset leases (.1); confer with Raymond James regarding status and proposed course of action (.4). | 0.50 | $170.00 |
| 4/15/10 | DLR | Evaluation of competing bids to leasehold interests. | 0.80 | $272.00 |
| 4/16/10 | DLR | Direct Mr. Pannier regarding documentation of de minimus sale. | 0.10 | $34.00 |
| 4/19/10 | DLR | Monitor and direct efforts relative to Somerset lease sale. | 0.10 | $34.00 |
| 4/21/10 | DLR | Review and consider proposal for lease rights and direct action. | 0.20 | $68.00 |
| 4/22/10 | DLR | Direct preparation of sale agreement (.1); confer with Mr. Pannier regarding whether to accept condition placed on Devon offer and direct action (.1). | 0.20 | $68.00 |
| 4/26/10 | DLR | Direct handling of offer (.1); background research regarding potential funding source (.2). | 0.30 | $102.00 |

Total For 11  ...........................................3.20    $1,088.00

## 12  TAX ISSUES

| Date | Init | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 4/9/10 | DLR | Confer with Mr. Speer regarding status and proposed course of action relative to Shale II tax issues. | 0.20 | $68.00 |

Total For 12  ...........................................0.20    $68.00

Munsch Hardt Kopf & Harr, P.
File No. 004856.00009
Invoice No. 10235833
Matter Description: PROVIDENT - DENNIS ROOSSIEN, TRUSTEE

Page 5 of 11
May 19, 2010

## 13  CLAIMS ANALYSIS / OBJECTIONS

| Date | Init | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 4/1/10 | DLR | Monitor and direct efforts relative to PFM claim (.2); meeting with bankruptcy counsel regarding developments and appropriate course of action (1.1). | 1.30 | $442.00 |
| 4/9/10 | DLR | Review update on PFM and follow-up with bankruptcy counsel regarding next procedural steps (.6); confer with Mr. McGee regarding procedural issues and direct action (.4); review background on Michigan claim and consideration of appropriate course of action (.4). | 1.40 | $476.00 |
| 4/12/10 | DLR | Review and consider responses and recommendations relative to Michigan claim and confer with bankruptcy counsel regarding same (.5); work through PFM procedural issues (1.2); assist preparation for further witness interviews (.3). | 2.00 | $680.00 |
| 4/14/10 | DLR | Preparation for and attend hearing on Foxborough motion to approve settlement. | 0.70 | $238.00 |
| 4/16/10 | DLR | Obtain update on PFM developments (.5); receive update on Metzler and possible claim, evaluate same and direct initial action (2.1). | 2.60 | $884.00 |
| 4/17/10 | DLR | Provide additional background to Mr. Lippman regarding Michigan transaction; review additional background regarding Michigan bankruptcy; confer with Mr. Lippman regarding analysis and proposed course of action. | 1.50 | $510.00 |
| 4/19/10 | DLR | Continue investigation into facts surrounding Michigan transaction (1.1); locate and attempt to contact possible Metzler counsel (.1). | 1.20 | $408.00 |
| 4/20/10 | DLR | Direct continued efforts to contact Metzler counsel (.2); work with committees and counsel to prepare motion and supplemental disclosure statement (1.7); review update regarding PFM inquiry regarding insurance and direct further efforts regarding same (.1); telephone conference with Metzler counsel (.4); assist preparation for hearing on supplemental disclosure statement | 2.90 | $986.00 |

Munsch Hardt Kopf & Harr, P
File No. 004856.00009
Invoice No. 10235833
Matter Description: PROVIDENT - DENNIS ROOSSIEN, TRUSTEE

Page 6 of 11
May 19, 2010

| Date | Init | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| | | (.5). | | |
| 4/21/10 | DLR | Receive updates on Michigan developments and review additional materials obtained by counsel. | 0.40 | $136.00 |
| 4/22/10 | DLR | Review updates relative to developments on Michigan claim (.1); confer with counsel regarding same (.4); review update regarding Penny claim and approve proposed course of action (.1). | 0.60 | $204.00 |
| 4/23/10 | DLR | Monitor and direct efforts to address Michigan claim. | 0.90 | $306.00 |
| 4/26/10 | DLR | Review additional background Michigan (.2); coordinate meeting with Michigan Trustee and make arrangements for documents to be available for review (.3); manage efforts relative to PFM (.1); preparation for meeting and document inspection in Michigan (.5); review and forward correspondence regarding PFM insurance (.1). | 1.20 | $408.00 |
| 4/28/10 | DLR | Review update regarding PFM (.1). Preparation for and travel to meeting with Mr. Metzler and counsel to discuss the Jordan River trust claim and to review the company documents (3.5). | 3.60 | $1,224.00 |
| 4/29/10 | DLR | Attend meeting with Mr. Metzler et al. and subsequent document review; discussions with counsel following same to evaluate appropriate handling of claim and potential counter-claim; travel from meeting. | 11.50 | $3,910.00 |
| 4/30/10 | DLR | Review and approve letter to Mr. Metzler. | 0.10 | $34.00 |

**Total For 13** ...........................................31.90  **$10,846.00**

## 15  D & O CLAIMS

| Date | Init | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 4/1/10 | DLR | Work on D&O settlement strategy (.3); review document request from defendants' counsel and seek information from team to assist response to same (.1); confer with SEC regarding status and proposed course of action (.5); confer with Mr. | 1.20 | $408.00 |

Munsch Hardt Kopf & Harr, P.
File No. 004856.00009
Invoice No. 10235833
Matter Description: PROVIDENT - DENNIS ROOSSIEN, TRUSTEE

Page 7 of 11
May 19, 2010

| Date | Init | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| | | McGee regarding same (.3). | | |
| 4/2/10 | DLR | Review forensic work product (.5); follow-up with Mr. Bendure regarding certain points (.1); conduct witness interview (3); monitor and direct efforts of Mr. Milam in preparation for meeting with defense counsel (.1); review FINRA deposition in preparation for meeting with defense counsel (.8); confer with Mr. McGee regarding various points (.2). | 4.70 | $1,598.00 |
| 4/5/10 | DLR | Preparation for and attend meeting with defense counsel (3.8); assemble additional materials requested by same and forward (.2); confer with FINRA prior to releasing certain requested materials (.2); coordinate meeting with additional witness (.1); update files with key documents (.1). | 4.40 | $1,496.00 |
| 4/6/10 | DLR | Mutual update with counsel, consultation regarding go-forward strategy, coordinate next steps. | 0.80 | $272.00 |
| 4/8/10 | DLR | Review forensic work (.5); confer with Mr. Bendure regarding same (.1); monitor and direct efforts relative to holding line on defense fees (.2). | 0.80 | $272.00 |
| 4/9/10 | DLR | Review key documents (.2); conferences with SEC regarding status and proposed course of action (1.1); direct updating of files in light of recent investigation into well issues (.1); confer with Mr. McGee regarding status and proposed course of action (.2); follow-up with defense counsel regarding further interview (.1). | 1.70 | $578.00 |
| 4/13/10 | DLR | Review correspondence from defense counsel regarding production request (.1); confer with Mr. Garlock regarding same (.3); confer with Mr. McGee regarding same and respond accordingly (.3). | 0.70 | $238.00 |
| 4/15/10 | DLR | Review report from Bridge regarding existing financial records and logistics of responding to inquiry from defendants (.1); review forensic work product and manage continued efforts (.6); monitor and direct preparation of PPM comparison (.1); respond to document request | 0.90 | $306.00 |

Munsch Hardt Kopf & Harr, :
File No. 004856.00009                                                           Page 8 of 11
Invoice No. 10235833                                                           May 19, 2010
Matter Description: PROVIDENT - DENNIS ROOSSIEN, TRUSTEE

| Date | Init | Description | Hours | Amount |
|------|------|-------------|-------|--------|
|      |      | (.1). |  |  |
| 4/16/10 | DLR | Obtain update regarding results of recent witness interviews and deposition scheduling. | 0.30 | $102.00 |
| 4/19/10 | DLR | Work on scheduling witness interview. | 0.10 | $34.00 |
| 4/21/10 | DLR | Continue working on scheduling follow-up witness interview. | 0.30 | $102.00 |
| 4/22/10 | DLR | Direct efforts relative to document production logistics. | 0.10 | $34.00 |
| 4/23/10 | DLR | Receive update and direct counsel with regard to addressing issues with third-party resistance to production of documents (.4); review and direct handling of request for comments on proposed deposition list in enforcement action (.1); evaluate next steps in settlement strategy and direct action (.3). | 0.80 | $272.00 |
| 4/27/10 | DLR | Meeting with SEC regarding preparation for witness interview, attend same, and follow-up meeting regarding anticipated developments in light of witness comments. | 4.50 | $1,530.00 |

**Total For 15**   .........................................**21.30**   **$7,242.00**

## 18  BUSINESS OPERATIONS

| Date | Init | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 4/1/10 | DLR | Review and approve disbursement request (.1); review further report and recommendations relative to well operations (.3); obtain supplemental information regarding same (.2); confer with Mr. Murphy regarding preliminary findings and conclusions (.8); make preliminary determination, advise Mr. Murphy accordingly, and direct Mr. DeVoss in light of same (.5); preparation for follow-up meeting regarding same (.2); update and direct Bridge accordingly (.7). | 2.80 | $952.00 |
| 4/8/10 | DLR | Analysis of well operation cash flows (1); direct efforts to untangle same (.1); work on well operations analysis and proposal (2.1). | 3.20 | $1,088.00 |

Munsch Hardt Kopf & Harr, P.
File No. 004856.00009
Invoice No. 10235833
Matter Description: PROVIDENT - DENNIS ROOSSIEN, TRUSTEE

Page 9 of 11
May 19, 2010

| Date | Init | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 4/15/10 | DLR | Review OCC materials and forward to Mr. Garlock with instructions for handling. | 0.10 | $34.00 |
| 4/16/10 | DLR | Review and approve disbursement request. | 0.10 | $34.00 |
| 4/27/10 | DLR | Review various operational documents and direct handling of same. | 0.20 | $68.00 |

**Total For 18** ...........................................6.40    **$2,176.00**

## 19   DISCLOSURE STATEMENT / PLAN OF REORGANIZATION

| Date | Init | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 4/5/10 | DLR | Monitor developments relative to finalizing disclosure statement. | 0.10 | $34.00 |
| 4/19/10 | DLR | Receive preliminary advice from bankruptcy counsel regarding impact of Michigan claim on disclosure statement (.1); coordinate call with committee counsel (.1). | 0.20 | $68.00 |

**Total For 19** ...........................................0.30    **$102.00**

**Total Hours:** ...................................................80.60

**Total Fees:** ...............................................$27,404.00

## TIMEKEEPER SUMMARY

| Title | Timekeeper Name | Init | Rate | Hours | Total |
|-------|-----------------|------|------|-------|-------|
| Shareholder | Roossien, Dennis | DLR | 340.00 | 80.60 | $27,404.00 |
| | | | Total | 80.60 | $27,404.00 |

## DISBURSEMENTS SUMMARY

Long Distance.............................................................................$3.43

**Total Disbursements:**                          **$3.43**

Munsch Hardt Kopf & Harr, P.C.
File No. 004856.00009
Invoice No. 10237567
Matter Description: PROVIDENT - DENNIS ROOSSIEN, TRUSTEE

Page 2 of 9
June 18, 2010

## FEE DETAIL

### 01   CASE ADMINISTRATION

| Date | Init | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 5/3/10 | DLR | Direct response to document request and work through related issues (.5); evaluation of staffing and task list (.1); review and forward updated investor list (.2). | 0.80 | $272.00 |
| 5/4/10 | DLR | Review and forward oil and gas operational documents (.1); confer with Mr. Garlock in preparation for interview and document inspection (.4). | 0.50 | $170.00 |
| 5/5/10 | DLR | Confer with prior company counsel regarding various points (.7); memorandum regarding same (.2); monitor and direct team (.2); review and approve disbursement request (.1). | 1.20 | $408.00 |
| 5/6/10 | DLR | Confer with SEC regarding various matters (1); confer with former counsel regarding privilege waiver and correspondence to same confirming waiver (.2); respond to broker inquiry (.1); review document subpoenas (.1); respond to document requests from Blimline counsel (.2). | 1.60 | $544.00 |
| 5/10/10 | DLR | Confer with Mr. Segner regarding various issues (.7); review and execute deed (.1); review and direct handling of various investor inquiries and correspondence (.3). | 1.10 | $374.00 |
| 5/13/10 | DLR | Review and approved distribution request (.1); monitor and direct document preservation and production efforts (.4); respond to state enforcement inquiry (.1); assemble and forward requested materials (.2); review and forward investor inquiries (.1). | 0.90 | $306.00 |
| 5/14/10 | DLR | Review document request and direct team regarding handling of same (.2); confer with Mr. McGee regarding request for interview of consulting expert and direct action (.3). | 0.50 | $170.00 |
| 5/17/10 | DLR | Review forensic work product. | 0.40 | $136.00 |
| 5/19/10 | DLR | Review and direct handling of investor | 0.20 | $68.00 |

Munsch Hardt Kopf & Harr, P.C.
File No. 004856.00009
Invoice No. 10237567
Matter Description: PROVIDENT - DENNIS ROOSSIEN, TRUSTEE

Page 3 of 9
June 18, 2010

| Date | Init | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| | | correspondence and inquiries (.1); review forensic work product (.1). | | |
| 5/20/10 | DLR | Review and approve disbursement request (.1); confer with Mr. Segner regarding transition issues (.1). | 0.20 | $68.00 |
| 5/24/10 | DLR | Respond to inquiry from authorities. | 0.80 | $272.00 |
| 5/25/10 | DLR | Review MOR and execute and return same (.2); review and respond to document request (.7). | 0.90 | $306.00 |
| 5/26/10 | DLR | Respond to inquiries from criminal authorities. | 0.60 | $204.00 |
| 5/27/10 | DLR | Review and approve weekly disbursement request (.1); review, execute and return lease assignments (.1); address document production issues with Mr. Garlock (.2). | 0.40 | $136.00 |

Total For 01   ..........................................10.10   $3,434.00

## 04   COMMITTEE COMMUNICATIONS

| Date | Init | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 5/5/10 | DLR | Telephone conference with committees regarding Jordan River claim (1.5); assist with responding to OIC request for information (.3); review further correspondence regarding Jordan River claim from UCC (.1). | 1.90 | $646.00 |

Total For 04   ...........................................1.90   $646.00

## 11   ASSET SALES / DISPOSITION

| Date | Init | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 5/4/10 | DLR | Evaluation of competing asset sale offers and direct handling of same. | 1.00 | $340.00 |
| 5/5/10 | DLR | Direct handling of offer on asset. | 0.10 | $34.00 |
| 5/12/10 | DLR | Direct handling of asset sale. | 0.10 | $34.00 |
| 5/18/10 | DLR | Review proposal regarding Devon sale and direct action. | 0.10 | $34.00 |

Munsch Hardt Kopf & Harr, P.C.
File No. 004856.00009
Invoice No. 10237567
Matter Description: PROVIDENT - DENNIS ROOSSIEN, TRUSTEE

Page 4 of 9
June 18, 2010

| Date | Init | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 5/19/10 | DLR | Continue to monitor and direct efforts to close Devon transaction. | 0.20 | $68.00 |
| 5/20/10 | DLR | Work on closing Devon sale. | 0.10 | $34.00 |
| 5/28/10 | DLR | Review, execute and return de minimus sale agreement. | 0.10 | $34.00 |

**Total For 11** ............................................**1.70**    **$578.00**

## 12   TAX ISSUES

| Date | Init | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 5/13/10 | DLR | Attention to franchise tax returns. | 0.10 | $34.00 |
| 5/14/10 | DLR | Review tax returns with counsel, discuss various issues, direct handling of controversies with IRS, execute returns. | 0.50 | $170.00 |

**Total For 12** ............................................**0.60**    **$204.00**

## 13   CLAIMS ANALYSIS / OBJECTIONS

| Date | Init | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 5/3/10 | DLR | Work on getting access to alleged privileged documents relative to Michigan (.2); review preliminary report on research relative to Michigan claim (.1). | 0.30 | $102.00 |
| 5/4/10 | DLR | Monitor developments relative to handling of various claims (.1); review Michigan correspondence and consideration of appropriate next steps (.1); follow-up on production of Michigan documents (.1); review responses from committees regarding same (.1); confer with Mr. Lippman regarding same and direct action (.6). | 1.00 | $340.00 |
| 5/5/10 | DLR | Monitor and direct efforts relative to Michigan claim (.1); confer with Mr. McGee regarding PFM claim (.1). | 0.20 | $68.00 |
| 5/6/10 | DLR | Review research memorandum regarding Michigan claims (.3); direct handling of Michigan documents (.2); receive further update on PFM | 2.50 | $850.00 |

Munsch Hardt Kopf & Harr, P.C.
File No. 004856.00009
Invoice No. 10237567
Matter Description: PROVIDENT - DENNIS ROOSSIEN, TRUSTEE

Page 5 of 9
June 18, 2010

| Date | Init | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| | | matters, review certain additional issues and documents, and direct action (1.3); review Michigan documents (.3); memorandum to Mr. Garlock directing further research (.1); review draft objection to Michigan claim (.2); review update regarding PFM developments (.1). | | |
| 5/7/10 | DLR | Work with Bridge to obtain review of lease charts obtained from Metzler and confer with consultants regarding findings (.8); confer with counsel regarding preliminary findings (.1); review updates regarding status of preparation of objection and settlement position being taken by Metzler (.2); review and comment on draft objection (.2); conduct supplemental document review and investigation and revise objection accordingly (2.7). | 4.00 | $1,360.00 |
| 5/10/10 | DLR | Review updates regarding Michigan claim. | 0.10 | $34.00 |
| 5/11/10 | DLR | Receive further expert report regarding Spindletop (.2); confer with counsel regarding same and handling of claim objection (.2). | 0.40 | $136.00 |
| 5/12/10 | DLR | Continue monitor and direct handling of Michigan claim. | 0.90 | $306.00 |
| 5/13/10 | DLR | Coordinate witness attendance at Michigan hearing (.3); assist preparation of exhibits for hearing (.4); direct Mr. DeVoss regarding assistance with preparing for hearing (.2). | 0.90 | $306.00 |
| 5/14/10 | DLR | Review exhibit from expert regarding Spindletop (.1); work on preparing elements of evidentiary presentation for Michigan claim hearing (.1); review claim settlement proposal and direct action in line with same (.1); assemble and forward materials requested by SEC regarding Michigan claim (.8). | 1.10 | $374.00 |
| 5/17/10 | DLR | Review Michigan documents and preparation for testimony at Michigan hearing (2.1); research regarding related assets (.6). | 2.70 | $918.00 |
| 5/18/10 | DLR | Work with counsel to prepare for hearing on Michigan claim. | 3.50 | $1,190.00 |

Munsch Hardt Kopf & Harr, P.C.
File No. 004856.00009
Invoice No. 10237567
Matter Description: PROVIDENT - DENNIS ROOSSIEN, TRUSTEE

Page 6 of 9
June 18, 2010

| Date | Init | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 5/19/10 | DLR | Review and comment on UST letter (.1); interview witness regarding purported Michigan asset (1.4). | 1.50 | $510.00 |
| 5/20/10 | DLR | Direct efforts relative to obtaining outstanding documents from Michigan and preparation of additional forensic work product for demonstrative aids. | 6.20 | $2,108.00 |
| 5/21/10 | DLR | Memorandum to file regarding witness interview (1); preparation of outline for testimony at Metzler hearing (1.2); direct preparation of further exhibits (.2); review SEC exhibits regarding flow of funds (.3); confer with consulting expert regarding evaluation of Michigan assets (.6); direct preparation of exhibits (.4); continue preparation of demonstrative aid (.5). | 4.20 | $1,428.00 |
| 5/24/10 | DLR | Assist preparation for Metzler hearing (.9); further work on demonstrative forensic work product (1.7); work with Mr. Garlock to prepare his testimony (.5). | 3.10 | $1,054.00 |
| 5/25/10 | DLR | Review Garlock work product and assist evaluation of production of appropriate demonstrative exhibits (.9); continue preparation of demonstrative aids (1.3); work with Mr. DeVoss on exhibits (.4); work with Mr. Garlock on further exhibits (1); update Mr. Rukavina regarding background facts to assist with filing in Michigan (.9). | 4.50 | $1,530.00 |
| 5/26/10 | DLR | Further preparation for Metzler hearing. | 2.00 | $680.00 |
| 5/27/10 | DLR | Confer with SEC regarding preparation for Metzler hearing (.8); conferences with counsel regarding Metzler settlement proposal (.6); advise other team members regarding cancellation of hearing (.2); confer with counsel regarding next steps (.4). | 2.00 | $680.00 |

**Total For 13**   ..........................................**41.10**   **$13,974.00**

## 15   D & O CLAIMS

Munsch Hardt Kopf & Harr, P.C.
File No. 004856.00009                                              Page 7 of 9
Invoice No. 10237567                                              June 18, 2010
Matter Description: PROVIDENT - DENNIS ROOSSIEN, TRUSTEE

| Date | Init | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 5/5/10 | DLR | Monitor and direct forensic efforts (.1); review and forward coverage letter (.1); review status report request, evaluate same, and direct Mr. McGee regarding handling of same (.1); monitor and direct handling of expense request (.1). | 0.40 | $136.00 |
| 5/20/10 | DLR | Confer with Mr. McGee regarding insurance issues. | 0.20 | $68.00 |
| 5/21/10 | DLR | Meeting with defense counsel regarding settlement. | 0.70 | $238.00 |
| 5/25/10 | DLR | Confer with Mr. McGee regarding Herndon deposition status. | 0.10 | $34.00 |
| 5/26/10 | DLR | Receive update on Herndon deposition (.7); confer with defense counsel regarding settlement (1.6). | 2.30 | $782.00 |
| 5/27/10 | DLR | Attention to deposition scheduling. | 0.10 | $34.00 |

Total For 15   ...........................................3.80   $1,292.00

## 18   BUSINESS OPERATIONS

| Date | Init | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 5/12/10 | DLR | Review recommendations relative to operator licensing and bond and approve recommended course of action. | 0.10 | $34.00 |

Total For 18   ...........................................0.10   $34.00

## 19   DISCLOSURE STATEMENT / PLAN OF REORGANIZATION

| Date | Init | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 5/3/10 | DLR | Direct efforts relative to responding to plan inquiries. | 0.20 | $68.00 |
| 5/28/10 | DLR | Review plan objection. | 0.10 | $34.00 |

Total For 19   ...........................................0.30   $102.00

Total Hours: ...............................................................59.60

Munsch Hardt Kopf & Harr, P.C.
File No. 004856.00009
Invoice No. 10237567
Matter Description: PROVIDENT - DENNIS ROOSSIEN, TRUSTEE

Page 8 of 9
June 18, 2010

---

**Total Fees:** ..............................................................$20,264.00

## TIMEKEEPER SUMMARY

| Title | Timekeeper Name | Init | Rate | Hours | Total |
|-------|-----------------|------|------|-------|-------|
| Shareholder | Roossien, Dennis | DLR | 340.00 | 59.60 | $20,264.00 |
| | | | Total | 59.60 | $20,264.00 |

## DISBURSEMENTS SUMMARY

Photocopies ...............................................................$10.80

**Total Disbursements:** **$10.80**

Munsch Hardt Kopf & Harr, P.C.
File No. 004856.00009
Invoice No. 10238763
Matter Description: PROVIDENT - DENNIS ROOSSIEN, TRUSTEE

Page 2 of 6
July 8, 2010

## FEE DETAIL

### 01   CASE ADMINISTRATION

| Date | Init | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 6/1/10 | DLR | Work through document preservation and transition issues with Mr. Garlock (1.3); review key documents relative to parallel offerings (.3); meeting with employees in advance of government interviews (1.4). | 3.00 | $1,020.00 |
| 6/2/10 | DLR | Confer with Mr. McGee regarding status and proposed course of action (.7); present employee witnesses for interviews by authorities (4.2). | 4.90 | $1,666.00 |
| 6/4/10 | DLR | Review update on Cimarex transaction (.1); review, execute and return deeds (.1). | 0.20 | $68.00 |
| 6/8/10 | DLR | Update Mr. McGee regarding developments and coordinate efforts in light of same (.2). | 0.20 | $68.00 |
| 6/9/10 | DLR | Update Ms. Martin regarding developments and direct handling of investor inquiries relative to plan confirmation, next steps, etc. (.5); confer with authorities regarding go-forward issues in light of plan confirmation (.2); direct handling of creditor inquiry (.1); confer with various parties regarding transition issues (.6); review, execute and forward MOR (.1); assemble open items and revise task list (.4). | 1.90 | $646.00 |
| 6/10/10 | DLR | Review and direct handling of mineral interest owner inquiry (.1); monitor efforts to resolve remaining issue to form of order and confirm entry of confirmation order (.2). | 0.30 | $102.00 |
| 6/11/10 | DLR | Review and approve weekly distribution (.1); attention to execution of Trust agreement and coordinate with Mr. Segner regarding transition (.7); confer with Mr. McGee regarding same (.5); correspondence to FINRA providing requested plan confirmation materials (.1); confer with Bridge regarding transition issue (.1); confer with Mr. Lippman regarding distribution logistics (.1). | 1.60 | $544.00 |

**Total For 01**   .........................................12.10    **$4,114.00**

Munsch Hardt Kopf & Harr, P.C.
File No. 004856.00009
Invoice No. 10238763
Matter Description: PROVIDENT - DENNIS ROOSSIEN, TRUSTEE

Page 3 of 6
July 8, 2010

## 04  COMMITTEE COMMUNICATIONS

| Date | Init | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 6/8/10 | DLR | Post-hearing discussions with OIC regarding next steps (.5). | 0.50 | $170.00 |
| 6/10/10 | DLR | Preparation for and attend meeting with OIC and authorities (3.8); confer with OIC regarding next steps (.3). | 4.10 | $1,394.00 |
| 6/10/10 | DLR | Review correspondence from OIC regarding potential PAM asset and direct follow-up. | 0.10 | $34.00 |

**Total For 04** ............................................**4.70**    **$1,598.00**

## 05  CREDITOR/INVESTOR INQUIRIES

| Date | Init | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 6/3/10 | DLR | Review and respond to investor inquiry (.1). | 0.10 | $34.00 |
| 6/4/10 | DLR | Respond to investor inquiry (.3). | 0.30 | $102.00 |

**Total For 05** ............................................**0.40**    **$136.00**

## 07  AUTOMATIC STAY ISSUES

| Date | Init | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 6/8/10 | DLR | Assist preparation for fee hearing regarding defense attorneys' costs. | 0.30 | $102.00 |
| 6/9/10 | DLR | Confer with Mr. McGee regarding settlement strategy. | 0.20 | $68.00 |

**Total For 07** ............................................**0.50**    **$170.00**

## 11  ASSET SALES / DISPOSITION

| Date | Init | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 6/3/10 | DLR | Review, execute and return declaration regarding motion to approve asset sale. | 0.10 | $34.00 |
| 6/7/10 | DLR | Review, execute and return deeds. | 0.10 | $34.00 |

Munsch Hardt Kopf & Harr, P.C.
File No. 004856.00009
Invoice No. 10238763
Matter Description: PROVIDENT - DENNIS ROOSSIEN, TRUSTEE

Page 4 of 6
July 8, 2010

| Date | Init | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 6/10/10 | DLR | Direct Mr. Garlock regarding possible late bid from related party on asset. | 0.10 | $34.00 |
| 6/11/10 | DLR | Review recommendations regarding sale of deminimus assets and direct action (.1); confer with Bridge regarding sales commission (.1). | 0.20 | $68.00 |

**Total For 11** ............................................**0.50**    **$170.00**

### 13   CLAIMS ANALYSIS / OBJECTIONS

| Date | Init | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 6/1/10 | DLR | Direct efforts to follow-up to obtain outstanding Metzler documents (.1); direct continuing forensic work relative to Michigan claim (.4); confer with Mr. Garlock regarding claims support work (.5). | 1.00 | $340.00 |
| 6/7/10 | DLR | Direct follow-up to collect documents from third-party regarding Metzler claim. | 0.20 | $68.00 |

**Total For 13** ............................................**1.20**    **$408.00**

### 15   D & O CLAIMS

| Date | Init | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 6/1/10 | DLR | Review forensic work product regarding payments made due to lack of controls. | 0.40 | $136.00 |

**Total For 15** ............................................**0.40**    **$136.00**

### 18   BUSINESS OPERATIONS

| Date | Init | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 6/3/10 | DLR | Review and approve funding request. | 0.10 | $34.00 |

**Total For 18** ............................................**0.10**    **$34.00**

### 19   DISCLOSURE STATEMENT / PLAN OF REORGANIZATION

Munsch Hardt Kopf & Harr, P.C.
File No. 004856.00009
Invoice No. 10238763
Matter Description: PROVIDENT - DENNIS ROOSSIEN, TRUSTEE

Page 5 of 6
July 8, 2010

| Date | Init | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 6/3/10 | DLR | Confer with Mr. Lippman regarding preparation for confirmation hearing. | 0.10 | $34.00 |
| 6/7/10 | DLR | Research issue relative to QA3 claim and advise Mr. Lippman of results (.3); review report on voting (.1); preparation for testimony at hearing (2). | 2.40 | $816.00 |
| 6/8/10 | DLR | Further preparation for testimony (2.2); attend hearing (5.5). | 7.70 | $2,618.00 |

Total For 19 ...........................................10.20   $3,468.00

Total Hours: ...................................................30.10

Total Fees: ...........................................$10,234.00

## TIMEKEEPER SUMMARY

| Title | Timekeeper Name | Init | Rate | Hours | Total |
|-------|-----------------|------|------|-------|-------|
| Shareholder | Roossien, Dennis | DLR | 340.00 | 30.10 | $10,234.00 |
| | | | Total | 30.10 | $10,234.00 |