**EXHIBIT C-1**

**SUMMARY OF FEES**
**FOR THE PERIOD FEBRUARY 1, 2010 THROUGH JUNE 14, 2010**

| Invoice No. | Billable Hours | Fees | Expenses | 80% Interim Payment of Fees | PAID Fees and Expenses | UNPAID Fees and Expenses |
|---|---|---|---|---|---|---|
| 10233041 | 32.40 | $11,016.00 | $2.07 | $8,812.80 | $8,814.87 | $2,203.20 |
| 10234602 | 81.20 | $27,608.00 | $11.20 | $22,086.40 | $22,097.60 | $5,521.60 |
| 10235833 | 80.60 | $27,404.00 | $3.43 | $21,923.20 | $21,926.63 | $5,480.80 |
| 10237567 | 59.60 | $20,264.00 | $10.80 | $16,211.20 | $16,222.00 | $4,052.80 |
| 10238763 | 30.10 | $10,234.00 | $0.00 | $8,187.20 | $8,187.20 | $2,046.80 |
| **TOTALS** | **283.90** | **$96,526.00** | **$27.50** | **$77,220.80** | **$77,248.30** | **$19,305.20** |

**EXHIBIT C-2**

## SUMMARY OF FEES
## FOR THE PERIOD JULY 2, 2009 THROUGH JUNE 14, 2010

| Invoice No. | Billable Hours | Fees | Expenses | 80% Interim Payment of Fees | PAID Fees and Expenses | UNPAID Fees and Expenses |
|---|---|---|---|---|---|---|
| 10223720 | 95.60 | $32,504.00 | $0.00 | $26,003.20 | $32,504.00 | $0.00 |
| 10223829 | 92.10 | $31,314.00 | $0.00 | $25,051.20 | $31,314.00 | $0.00 |
| 10225410 | 58.40 | $19,856.00 | $0.00 | $15,884.80 | $19,856.00 | $0.00 |
| 10228509 | 78.20 | $26,588.00 | $4.20 | $21,270.40 | $26,592.20 | $0.00 |
| 10228602 | 96.60 | $32,844.00 | $0.00 | $26,275.20 | $32,844.00 | $0.00 |
| 10230280 | 107.60 | $36,584.00 | $107.67 | $29,267.20 | $36,691.67 | $0.00 |
| 10232249 | 80.50 | $27,370.00 | $3.00 | $21,896.00 | $27,373.00 | $0.00 |
| 10233041 | 32.40 | $11,016.00 | $2.07 | $8,812.80 | $8,814.87 | $2,203.20 |
| 10234602 | 81.20 | $27,608.00 | $11.20 | $22,086.40 | $22,097.60 | $5,521.60 |
| 10235833 | 80.60 | $27,404.00 | $3.43 | $21,923.20 | $21,926.63 | $5,480.80 |
| 10237567 | 59.60 | $20,264.00 | $10.80 | $16,211.20 | $16,222.00 | $4,052.80 |
| 10238763 | 30.10 | $10,234.00 | $0.00 | $8,187.20 | $8,187.20 | $2,046.80 |
| **TOTALS** | **892.90** | **$303,586.00** | **$142.37** | **$242,868.80** | **$284,423.17** | **$19,305.20** |

MHDocs 2792168_1 4856.8

**EXHIBIT D-1**

### ITEMIZATION OF SERVICES RENDERED BY CATEGORY
### FOR THE PERIOD FEBRUARY 1, 2010 THROUGH JUNE 14, 2010

| TASK CODE | CATEGORY | HOURS | FEES |
|---|---|---|---|
| 01 | Case Administration | 57.40 | $19,516.00 |
| 04 | Committee Communications | 15.80 | $5,372.00 |
| 05 | Creditor/Investor Inquiries | 0.40 | $136.00 |
| 07 | Automatic Stay Issues | 0.50 | $170.00 |
| 10 | Asset Analysis | 2.00 | $680.00 |
| 11 | Asset Sales/Disposition | 9.20 | $3,128.00 |
| 12 | Tax Issues | 3.00 | $1,020.00 |
| 13 | Claims Analysis/Objections | 81.80 | $27,812.00 |
| 15 | D&O Claims | 68.10 | $23,154.00 |
| 18 | Business Operations | 14.90 | $5,066.00 |
| 19 | Disclosure Statement/Plan of Reorganization | 27.30 | $9,282.00 |
| 22 | Blimline | 3.50 | $1,190.00 |
| | *Billable Totals* | **283.90** | **$96,526.00** |

**EXHIBIT D-2**

### ITEMIZATION OF SERVICES RENDERED BY CATEGORY
### FOR THE PERIOD JULY 2, 2009 THROUGH JUNE 14, 2010

| TASK CODE | CATEGORY | HOURS | FEES |
|---|---|---|---|
|  | July/August 2009 (no task codes) | 187.70 | $63,818.00 |
| 01 | Case Administration | 125.70 | $42,738.00 |
| 04 | Committee Communications | 48.10 | $16,354.00 |
| 05 | Creditor/Investor Inquiries | 0.40 | $136.00 |
| 07 | Automatic Stay Issues | 0.50 | $170.00 |
| 10 | Asset Analysis | 2.00 | $680.00 |
| 11 | Asset Sales/Disposition | 84.50 | $28,730.00 |
| 12 | Tax Issues | 4.00 | $1,360.00 |
| 13 | Claims Analysis/Objections | 92.90 | $31,586.00 |
| 14 | Other Contested Matters | 1.00 | $340.00 |
| 15 | D&O Claims | 134.40 | $45,696.00 |
| 16 | Avoidance Action Analysis/Litigation | 0.40 | $136.00 |
| 17 | Other Litigation | 1.70 | $578.00 |
| 18 | Business Operations | 22.00 | $7,480.00 |
| 19 | Disclosure Statement/Plan of Reorganization | 33.90 | $11,526.00 |
| 22 | Blimline | 153.70 | $52,258.00 |
|  | *Billable Totals* | **892.90** | **$303,586.00** |

MHDocs 2792168_1 4856.8

# **EXHIBIT E-1**

## ITEMIZATION OF REIMBURSABLE EXPENSES
## FOR THE PERIOD FEBRUARY 1, 2010 THROUGH JUNE 14, 2010

| EXPENSES | AMOUNT |
|---|---:|
| Long Distance Telephone | $16.70 |
| In-House Photocopies | $10.80 |
| **TOTAL** | **$27.50** |

MHDocs 2792168_1 4856.8

**EXHIBIT E-2**

**ITEMIZATION OF REIMBURSABLE EXPENSES**
**FOR THE PERIOD JULY 2, 2009 THROUGH JUNE 14, 2010**

| EXPENSES | AMOUNT |
|---|---:|
| Long Distance Telephone | $20.90 |
| In-House Photocopies | $10.80 |
| Search | $107.67 |
| Parking/Cab/Mileage | 3.00 |
| **TOTAL** | **$142.37** |

MHDocs 2792168_1 4856.8