Jerry C. Alexander
Texas Bar No. 00993500
Christopher A. Robison
Texas Bar No. 24035720
PASSMAN & JONES, P.C.
1201 Elm Street, Suite 2500
Dallas, Texas 75270-2599
P: (214) 742-2121
F: (214) 748-7949

Michael R. Rochelle
Texas Bar No. 17126700
ROCHELLE MCCULLOUGH L.L.P.
325 N. St. Paul, Suite 4500
Dallas, Texas 75201
P: (214) 953-0182
F: (214) 953-0185

Andrew B. Sommerman
Texas Bar No. 18842150
George (Tex) Quesada
Texas Bar No. 16427750
SOMMERMAN & QUESADA, L.L.P.
3811 Turtle Creek Blvd., Suite 1400
Dallas, Texas 75219
P: (214) 720-0720
F: (214) 720-0184

Jerry Kenneth (J.Ken) Johnson, II
Texas Bar No. 10746300
FLEMING NOLEN JEZ L.L.P.
2800 Post Oak Blvd., Suite 4000
Houston, Texas 77056
P: (713) 621-7944
F: (713) 621-9638

*Counsel for Plaintiff, Milo H. Segner, Jr.
As Liquidating Trustee of the PR Liquidating Trust*

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| IN RE: § | |
| § | Case No. 09-33886 |
| **PROVIDENT ROYALTIES, LLC,** *et al.,* § | **Chapter 11** |
| § | **(Jointly Administered)** |
| **Debtors.** § | |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a Status Conference will be conducted on **January 22, 2016, at 9:00 a.m. (Central Time)**, before The Honorable Harlin D. Hale, 1100 Commerce Street, 14th Floor, Dallas, Texas 75242.

Dated: January 13, 2016

<div style="margin-left: 50%">
Respectfully submitted,

MILO SEGNER, AS TRUSTEE OF THE
PR LIQUIDATING TRUST

By: */s/ Michael R. Rochelle*

One of His Counsel
</div>

Michael R. Rochelle
State Bar No. 17126700
ROCHELLE MCCULLOUGH, LLP
325 N. St. Paul Suite 4500
Dallas, TX 75201
Telephone: (214) 953-0182
Facsimile: (214) 953-0185

Counsel for Milo Segner, as Trustee of
The PR Liquidating Trust

## CERTIFICATE OF SERVICE

This is to certify that on the 13th of January, 2016, a true and correct copy of the above and foregoing document was forwarded via electronic mail to counsel of record for Defendants and those parties receiving electronic notice via ECF received service of the above and foregoing document.

/s/ Michael R. Rochelle
Counsel for Trustee Milo Segner